IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LAFAYETTE RICKS,**
          Plaintiff,

v.

**DISTRICT OF COLUMBIA, and
MPD OFFICER TOMMY BARNES,**
          Defendants.

Civil Action No. 05-1756 HHK

## NOTICE OF APPEARANCE

Please note the entry of appearance of Urenthea McQuinn, Assistant Attorney General, as the attorney on behalf of the defendant District of Columbia.[1]

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

      /s/
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II

---

[1] The undersigned must wait to ascertain defendant MPD Officer Tommy Barnes' decision as to who will provide his legal representation herein.

                          /s/
_____
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
 Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

September 28, 2005