IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS,<br>         Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, and<br>MPD OFFICER TOMMY BARNES,<br>         Defendants. | Civil Action No. 05-1756 HHK |

## DEFENDANTS' MOTION FOR AN EXTENSION OF THE TIME WITHIN WHICH THE DEFENDANTS ARE TO FILE AN ANSWER TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), defendants District of Columbia and D.C. Metropolitan Police Officer Tommy Barnes hereby move for an extension of the time – from September 28, 2005 to and including October 28, 2005 -- within which the defendants are to file an Answer to the Complaint. Please see the accompanying Memorandum of Points and Authorities in support of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

    /s/
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II

/s/
_____

URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

September 28, 2005

### Certification

Pursuant to LCvR 7(m), the undersigned counsel for defendants telephoned plaintiff's counsel, John Moustakis on the late evening of September 28, 2005, ((202) 346-4000) and left a detailed voice mail message that this motion would be filed. Subsequent to that call, the undersigned also telephoned plaintiff's second counsel, Arthur B. Spitzer ((202) 457-0800), but there was no voice mail message service in place.

/s/
_____
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS,<br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, and<br>MPD OFFICER TOMMY BARNES,<br>        Defendants. | Civil Action No. 05-1756 HHK |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR AN EXTENSION OF THE TIME WITHIN WHICH THE DEFENDANTS ARE TO FILE AN ANSWER TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), defendants District of Columbia and D.C. Metropolitan Police Officer Tommy Barnes have filed herein a motion for an extension of the time -- from September 28, 2005 to and including October 28, 2005 -- within which the defendants are to file their Answer to the Complaint. The reasons for this motion are that the undersigned received this case on September 21, 2005, and that the undersigned must wait for information from the agency involved in order to respond to the Complaint. Defendants, therefore, request this extension of time.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

          /s/
        NICOLE L. LYNCH [D.C. Bar #471953]
        Chief, General Litigation, Section II
        General Litigation, Section II

/s/
_____
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
 Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

September 28,  2005