IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LAFAYETTE RICKS,**
        **Plaintiff,**

**v.**                      **Civil Action No. 05-1756 HHK**

**DISTRICT OF COLUMBIA, and**
**MPD OFFICER TOMMY BARNES,**
        **Defendants.**

## ORDER

Upon consideration of the defendants' Motion for an Extension of Time – from September 28, 2005 to and including October 28, 2005 -- within which defendants are to file an Answer to the Complaint, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2005,

**ORDERED:** that the defendants' motion hereby is GRANTED; and it is

**FURTHER ORDERED:** that the date upon which defendants are to file their Answer to the Complaint is October 28, 2005.

                                        **THE HONORABLE HENRY H. KENNEDY**
                                        United States District Court Judge

September 28, 2005