UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MPD OFFICER TOMMY BARNES )<br>DISTRICT OF COLUMBIA )<br>)<br>Defendants. )<br>) | Civil Action No.: 05-1756 HHK |

## PRAECIPE

In Plaintiff's Response to Defendant's Motion for an Extension, filed October 5, 2005, we asserted that the Office of the Attorney General ("OAG") "*routinely* fails to abide by deadlines and rules" and that the extent of the problem would be clear if the Court were able to "look[] to patterns in the behavior of this institutional litigant" in other cases. We now attach an example of that practice as Exhibit 1 hereto. In an order that we did not receive until last evening in another case this firm has been litigating against the same division of the OAG, Judge Kotelly was faced with the District's "untimely" request for an enlargement of time and noted: "***The only conclusion that the Court can reach is that the defense counsel in this case and the Attorney General's Office have little regard for court orders and deadlines***." (Emphasis added.) We have good reason to believe these are not isolated complaints.

Respectfully submitted,

/s/

| | |
|---|---|
| Arthur B. Spitzer (DC Bar #235960)<br>Frederick V. Mulhauser (DC Bar #455377)<br>American Civil Liberties Union<br>   of the National Capital Area<br>1400 20th St., NW, Suite 119<br>Washington, DC 20036<br>(202) 457-0800<br>(202) 452-1868 (fax) | John Moustakas (DC Bar # 422076)<br>David P. Huitema (DC Bar # 475082)<br>Goodwin \| Procter LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 346 – 4000<br>(202) 346 – 4444 (fax)<br>***Counsel for Lafayette Ricks*** |