UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS,<br><br>          Plaintiff,<br><br>      v.<br><br>MPD OFFICER TOMMY BARNES<br>and<br>THE DISTRICT OF COLUMBIA,<br><br>          Defendants. | Civil Action 05-01756 (HHK) |

**O R D E R**

Before the court is the unopposed motion of defendants for an extension of time until October 28, 2005, to file an Answer to the complaint in this case. The motion is granted.

The court will not comment on the statements of each counsel in this cases regarding the other's conduct, attitude, professionalism, etcetera, except to say that the Assistant Attorney General who represents defendants hardly has a meritorious basis for taking umbrage with what she characterizes as plaintiff's counsel's "carping" style. The Assistant Attorney General did not follow this court's rule and "doth protest too loudly" when called to task for it. Local Rule 7.1 (m) could not be clearer. It states:

> Before filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a **good faith effort** to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement. A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed.

LCvR 7 (m)(emphasis supplied).

The instant motion was not preceded by a good faith effort to determine whether there was opposition to the relief sought. Rather, by the Assistant Attorney General's on account, the motion was made on the day defendants' answer was due, after a phone call to the office of plaintiff's counsel "on the late evening" of that day, at which time, a "detailed voice mail message" was left "that this motion would be filed." Defts.' Mot. at 2. The facts speak for themselves.

**SO ORDERED**

                                               Henry H. Kennedy, Jr.
                                               United States District Judge

Dated: October 18, 2005