IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br>　　　　　　　　**Defendants.** | Civil Action No. 05-1756 HHK |

**ORDER**

Upon consideration of the Defendant's Partial Motion to Dismiss, Memorandum of Law, and the facts and law considered, it is hereby ORDERED:

That the Motion to Dismiss is GRANTED; and it is further ORDERED:

That Counts V, VI, VII and VIII be dismissed with prejudice against the District of Columbia and Officer Tommy Barnes.

So ORDERED this _____ day of _____, 2005.

　　　　　　　　　　　　　　　　　　　**THE HONORABLE HENRY F. KENNEDY**
　　　　　　　　　　　　　　　　　　　**U.S. District Court Judge**

October 28, 2005