IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LAFAYETTE RICKS,**
        Plaintiff,

v.                      Civil Action No. 05-1756 HHK

**DISTRICT OF COLUMBIA, and**
**MPD OFFICER TOMMY BARNES,**
        Defendants.

## DEFENDANTS' PRAECIPE

The defendants District of Columbia ("the District") and Metropolitan Police Officer Tommy Barnes, by and through undersigned counsel, hereby file this *Praecipe*.

Defendants wish to bring to the Court's notice that they will not file a Reply to Plaintiff's Opposition to Defendants' Partial Motion to Dismiss. The defendants have reviewed the plaintiff's Opposition and believe that it does not warrant a Reply inasmuch as reply arguments would be the same as those stated in Defendants' Partial Motion to Dismiss, and, therefore, repetitious.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

        /s/
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II

2

/s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-3625
urenthea.mcquinn@dc.gov

November 18, 2005