UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**MPD OFFICER TOMMY BARNES**<br>**and**<br>**THE DISTRICT OF COLUMBIA,**<br><br>        **Defendants.** | Civil Action 05-01756 (HHK) |

**ORDER**

Presently before the court is the defendants' partial motion to dismiss Counts V, VI, VII, and VIII of plaintiff's complaint. Upon consideration of the motion and the record of this case, the court concludes that the motion should be denied. Accordingly, it is this 21st day of November, 2005, hereby

    **ORDERED** that defendants' partial motion to dismiss is **DENIED**.

 

                                                     Henry H. Kennedy, Jr.
                                                     United States District Judge