IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br>　　　　　　**Defendants.** | **Civil Action No. 05-1756 HHK** |

### NOTICE TO THE COURT OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the District of Columbia, submitted on December 2, 2005 an Offer of Judgment to plaintiff, Lafayette Ricks.  (See **Attachment 1**.)  On December 15, 2005, plaintiff accepted that Offer of Judgment.  Defendants, therefore, request that the Court enter judgment against the District of Columbia in the amount of $32,000.00 (thirty-two thousand dollars and no/100).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ROBERT J. SPAGNOLETTI
　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　NICOLE L. LYNCH [D.C. Bar #471953]
　　　　　　　　　　　　　　　　　　　Chief, General Litigation, Section II

    /s/
URENTHEA McQUINN [D.C. Bar  #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

February 1, 2006