IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>          **Plaintiff,**<br><br>                    v.<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br><br>**Defendants.** | **Civil Action No. 05-1756 HHK** |

**ORDER**

Upon consideration of the District of Columbia's Offer of Judgment herein on December 2, 2005, and plaintiff's Acceptance of that offer on December 15, 2005, the facts and law considered, it is hereby

**ORDERED:** That judgment hereby is entered against the defendant District of Columbia to be taken against it, as to the claim of Lafayette Ricks in this action, in the amount of $32,000.00 (Thirty-two thousand dollars), in addition to costs that include reasonable attorney's fees, as are available pursuant to 42 U.S.C. § 1988 accrued to date. The offer of judgment was made for purposes specified in Rule 68, and is not to be construed either as an admission that any defendant is liable in this action, or that plaintiff has suffered any damage. By accepting this offer of judgment, plaintiff agrees to release and discharge the District of Columbia and its employees and agents from all claims arising out of the incident alleged in the Complaint as having occurred on September 4, 2004 between plaintiff Lafayette Ricks and the District of Columbia Metropolitan Police Department in Dunbar Park at New Jersey and N Streets, N.W., Washington, D.C., and it is further

**ORDERED:** That the following additional terms shall apply to this offer of judgment:

1. It is an express and material term of this offer of judgment that all defendants deny culpability and/or liability for or upon any and all claims asserted by plaintiff;

2. It is an express and material term of this offer of judgment that the judgment is payable only from the funds of the District of Columbia and may not be collected from any other defendant in this action or from any other person or entity;

3. It is an express and material term of this offer of judgment that the judgment may not be docketed, recorded, or reported for any purpose against any defendant other than the District of Columbia.

_____
**HENRY H. KENNEDY, JR.**
**United States District Judge**