# EXHIBIT C

*To*

Plaintiff's Memorandum in Support of Motion for Award of
Attorneys' Fees and Costs

*Ricks v. Barnes, et al.*, No. 05-1756 HHK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS,<br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, and<br>MPD OFFICER TOMMY BARNES,<br>        Defendants. | Civil Action No. 05-1756 HHK |

### NOTICE TO THE COURT OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the District of Columbia, submitted on December 2, 2005 an Offer of Judgment to plaintiff, Lafayette Ricks. (See **Attachment 1**.) On December 15, 2005, plaintiff accepted that Offer of Judgment. Defendants, therefore, request that the Court enter judgment against the District of Columbia in the amount of $32,000.00 (thirty-two thousand dollars and no/100).

                                            Respectfully submitted,

                                            ROBERT J. SPAGNOLETTI
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division

                                            /s/
                                            NICOLE L. LYNCH [D.C. Bar #471953]
                                            Chief, General Litigation, Section II

/s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

February 1, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS,<br>         Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, and<br>MPD OFFICER TOMMY BARNES,<br>         Defendants. | Civil Action No. 05-1756 HHK |

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the District of Columbia, through counsel, hereby offer to allow judgment to be taken against it, as to the claim of Lafayette Ricks in this action, in the amount of $32,000.00 (Thirty-two thousand dollars), in addition to costs that include reasonable attorney's fees, as are available pursuant to 42 U.S.C. § 1988 accrued to date. This offer of judgment is made for purposes specified in Rule 68, and is not to be construed either as an admission that any defendant is liable in this action, or that plaintiff has suffered any damage. By accepting this offer of judgment, plaintiff agrees to release and discharge the District of Columbia and its employees and agents from all claims arising out of the incident alleged in the Complaint as having occurred on September 4, 2004 between plaintiff Lafayette Ricks and the District of Columbia Metropolitan Police Department in Dunbar Park at New Jersey and N Streets, N.W., Washington, D.C.

The following additional terms shall apply to this offer of judgment:

1. It is an express and material term of this offer of judgment that all defendants deny culpability and/or liability for or upon any and all claims asserted by plaintiff;

2. It is an express and material term of this offer of judgment that the judgment is payable only from the funds of the District of Columbia and may not be collected from any other defendant in this action or from any other person or entity;

3. It is an express and material term of this offer of judgment that the judgment may not be docketed, recorded, or reported for any purpose against any defendant other than the District of Columbia.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II

URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

December 2, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2005, I sent, via regular mail, first class postage prepaid, a copy of the foregoing document to the following persons:

**John Moustakas**
Goodwin & Procter LLP
Attorney for Plaintiff
901 New York Avenue, NW
Washington DC. 20001
(202) 346-4000
(202) 346-4444 (Fax)

**Arthur B. Spitzer**
**Frederick V. Mulhauser**
American Civil Liberties Union of the National Capitol Area
1400 20th Street, N.W.
Suite 119
Washington, D.C. 20036
(202) 457-0800
(202) 452-1868 (Fax)

**Urenthea McQuinn [D.C. Bar #182253]**
Assistant Attorney General, D.C.