# EXHIBIT D

*To*

**Plaintiff's Memorandum in Support of Motion for Award of Attorneys' Fees and Costs**

*Ricks v. Barnes, et al.*, No. 05-1756 HHK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAFAYETTE RICKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MPD OFFICER TOMMY BARNES | ) | Civil Action No.: 05-1756 HHK |
| | ) | |
| *and* | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF JOHN D. ALDOCK

I, John D. Aldock, hereby declare as follows:

### Background of Declarant

1.  I am the Chair of the Washington office of Goodwin Procter LLP.

2.  Prior to the combination of Shea & Gardner with Goodwin Procter on October 1, 2004, I was Chair of Shea & Gardner.

3.  I am personally familiar with the education, training, experience and billing rates of the attorneys, law clerks, and paralegals who have represented plaintiff Lafayette Ricks in this action from May 2005 until the present.

### Qualifications of Principal Goodwin Procter Attorneys

#### *John Moustakas*

4.  John Moustakas, who served as lead counsel in this litigation, is an outstanding attorney – and tenacious trial lawyer – with more than 15 years of experience in complex civil and criminal litigation, including civil rights cases.

5.  Mr. Moustakas graduated from Cornell Law School, 1989 (cum laude) and received a B.A. from Boston University in 1986 (magna cum laude).

6.  In law school, Mr. Moustakas served as Note Editor on the Cornell Law Review.

7.    Following his graduation from law school, Mr. Moustakas clerked for the Honorable Joseph L. Tauro of the U.S. District Court for the District of Massachusetts (1989-90) and the Honorable Robert Boochever of the U.S. Court of Appeals for the Ninth Circuit (1990-91).  During both of his clerkships, Mr. Moustakas worked on numerous federal civil rights cases under 42 U.S.C. § 1983 and *Bivens*, including among others *Larez* v. *Los Angeles*, 946 F.2d 630 (9th Cir. 1991) (involving, among other things, *Monell* liability of the City of Los Angeles for a pattern and practice of excessive force on the part of the LAPD) and *Crumpton* v. *Gates*, 947 F.2d 1418 (9th Cir. 1991)(substantive due process claim under § 1983).

8.    After his clerkship, Mr. Moustakas joined Shea & Gardner as an associate.  He left Shea & Gardner in October 1994 to undertake public service as an Assistant United States Attorney for the District of Columbia, where he was responsible for criminal prosecutions in both federal and local District of Columbia courts.

9.    During his tenure as a prosecutor, Mr. Moustakas specialized, among other things, in complex cases involving public corruption and government fraud.  He also served with distinction in the Homicide Section.  Mr. Moustakas received the highest overall performance ratings each of the years he served as an Assistant United States Attorney and received annual Special Achievement Awards in four (4) separate years.

10.    While in the government, Mr. Moustakas argued numerous appeals and handled more than two dozen jury trials, prevailing in all but one.  In addition to homicide investigations, he has structured and overseen long-term investigations leading to successful prosecutions involving mail, wire, and bank fraud, money laundering, tax evasion and fraud, bribery, false statements, obstruction of justice, tampering with evidence, and conspiracy.

11.    Upon his return to Shea & Gardner in December 2000, Mr. Moustakas successfully defended The Prudential Insurance Company of America in securities fraud and breach of contract claims relating to the regulation of market-timing trading practices in its mutual funds in a bench trial in the United States District Court for the Eastern District of Pennsylvania.  And in his first trial as a white collar criminal defense lawyer, Mr. Moustakas obtained acquittals on all counts (by combination of court order and jury verdict) on behalf of a married couple charged in the United States District Court for the District of Columbia with fraud and making false statements in connection with HUD's Officer Next Door Program.  During his tenure at Shea & Gardner, Mr. Moustakas has also prevailed at trial against claims of waste and mismanagement in connection with a lawsuit for damages to collateral securing a multi-million dollar loan.

12.    Recently, in a criminal prosecution initiated in the United States District Court for the District of Columbia for alleged violations of the Arms Export Control Act in connection with the alleged brokering of arms transactions with Iraq, Mr. Moustakas obtained dismissal of the indictment on jurisdictional grounds – a decision affirmed by the D.C. Circuit after the United States' unsuccessful appeal.

13.   A sample of other matters Mr. Moustakas has handled since his return to private practice include: representation of former Arthur Andersen auditors and tax advisors in connection with criminal prosecution of Dynegy employees; defense of a major area developer in litigation arising out of award of contract to construct $400 million facility on behalf of the United States government; internal investigation of political activities and contributions of a local labor union on behalf of its national chapter; defense of Fortune 500 companies in nationwide class action tort actions; representation of defense contractor client investigated for, among other things, economic espionage, resulting in declination of prosecution; representation of U.S. State Department auditor in connection with investigation into alleged misappropriation of government secrets, resulting in declination of both prosecution and adverse administrative action; defense of major healthcare provider in connection with nationwide civil RICO conspiracy suit; high-profile representation of CIA official wrongly accused of espionage, resulting in client's full exoneration, restoration of all security clearances, reinstatement, and a formal, written apology by the FBI.

14.   On the civil rights front, Mr. Moustakas successfully defended the American University against a claim of racial and national origin discrimination in connection with its evaluation of a dissertation defense. In another case, he won summary judgment for the nation's largest owner and operator of apartment buildings in connection with allegations of failure to provide reasonable accommodation under the Fair Housing Act. On the affirmative side, Mr. Moustakas represents the estate of a decedent fatally stabbed at the D.C. Jail under circumstances where the District repeatedly violated its own policy of random cell searches for weapons.

15.   Mr. Moustakas also had tremendous success in another recent section 1983 case against the District. In *Heard* v. *District of Columbia*, No. 02-296 (D.D.C.)(CKK), Mr. Moustakas was lead counsel for Joseph Heard, a deaf man who suffered from a series of mental limitations and was held illegally in the D.C. Jail for almost two years after all charges against him had been dismissed. Prior to Mr. Moustakas' entry into the case, virtually all of Mr. Heard's claims had been dismissed. After repleading Mr. Heard's claims, Mr. Moustakas successfully secured a settlement of Mr. Heard's section 1983 claims and obtained a total recovery from the District and other defendants of approximately $2.8 million. Counsel for the District in that action has confirmed that the amount paid to Mr. Heard by the District is almost unprecedented in a single-individual, non-fatality action.

16.   Mr. Moustakas has served for two consecutive three-year terms on the Courts, Lawyers, and Administration of Justice Steering Committee of the District of Columbia Bar and has previously taught legal writing and advocacy as an adjunct professor at the Washington College of Law.

17.   Mr. Moustakas was a partner at Shea & Gardner prior to its combination with Goodwin Procter in 2004.

### David Huitema

18.   David Huitema received his J.D. from Stanford Law School in 1999, where he served on the Managing Board of the Stanford Law Review and graduated order of the coif.

19.   Mr. Huitema received his M.A.. from the University of Texas in 1996 and his B.A. with highest honors from the University of North Carolina in 1993.

20.   After law school, Mr. Huitema clerked for the Hon. Phyllis Kravitch of the U.S. Court of Appeals for the Eleventh Circuit (1999-2000).

21.   Mr. Huitema was a litigation associate with Shea & Gardner until its merger with Goodwin Procter in 2004.  He is currently a Goodwin Procter litigation associate.

22.   Mr. Huitema has significant experience with litigation in the areas of civil rights, toxic torts, RICO, administrative agency law, and health care.


### Other Goodwin Procter TimeKeepers

23.   *Jennifer Yeh* worked on this case as a firm law clerk following her first year of law school at Harvard University.

24.   *Susan Adams* is the Paralegal Manager for the D.C. office of Goodwin Procter.  She received a B.A. in History, *magna cum laude*, from the University of Virginia in 1976. She began working at Shea & Gardner, the predecessor of Goodwin Procter, in 1986 and will mark her twentieth anniversary at the firm in August.

25.   *Gwen Gordon*  received her B.A. from Claremont McKenna college in 2005.  She has served as a legal assistant ("paralegal") with the firm since graduation.

26.   *Scott Clayton* received his B.A. from the University of Virginia in 2003 and has served as a legal assistant ("paralegal") with Shea & Gardner, and now with Goodwin Procter, since March 2004.


### Billing Rates for Goodwin Procter Attorneys, Law Clerks, and Paralegals  During the Relevant Years

27.   As Managing Partner of the Washington office of Goodwin Procter and a member of the Executive Committee at Goodwin Procter,  I have had responsibility for establishing the billing rates of our firm's attorneys, paralegals, law clerks, and other billed staff and can confirm that they are within the range of rates charged for individuals of comparable qualifications, skill, and experience in both the Washington, D.C. and national markets for legal services.  Below I have listed the actual billing rates for the Goodwin Procter attorneys, paralegals, and law clerks who worked on this case during 2005 and 2006.

    a.      *John Moustakas (Partner:  law school class of 1989)*

$455 (for work prior to 10/1/2005)

$475 (for work done after 10/1/2005)

b.    *David Huitema (Associate: law school class of 1999)*

$325 (for work prior to 10/1/ 2005)

$365 (for work done after 10/1/2005)

c.    Jennifer Yeh (Law Clerk)

$185 (for work prior to 10/1/2005)

d.    *Susan Adams* (Paralegal Manager)

$ 195 (for work after 10/1/2005)

e.    *Gwen Gordon & Scott Clayton* (Paralegals)

$135 (for work prior to 10/1 2005)

$145 (for work done after 10/1/2005)

### Reasonableness of the Billing Rates for Which Compensation Is Sought

28.    In my role as Managing Partner of the DC office of Goodwin Procter, one of my responsibilities has been to keep track of the billing rates for lawyers of comparable qualifications and experience in the DC marketplace for legal services.

29.    To the best of my knowledge and belief, the billing rates for 2005 and 2006 are lower than those of many other DC law firms with comparable reputations and profitability.

30.    The reasonableness of these rates for lawyers of comparable skill, reputation, and experience in the Washington DC marketplace is supported by a variety of declarations and surveys that are attached to this declaration as exhibits.

31.    As set forth in declarations of three leading members of the DC bar, John Payton of Wilmer, Cutler, Hale, & Dorr LLP; Jim Sandman of Arnold & Porter LLP; and Tony Herman of Covington & Burling LLP, exhibits 1, 2, and 3 respectively, Goodwin Procter's rates for attorneys and paralegals of the same experience level have been in line with or lower than the rates charged by DC law firms of comparable size, quality, and profitability in the recent past.

32.    Exhibit 4 is a survey that reflect the billing rates for attorneys of relevant experience levels from public bankruptcy court fee applications by comparable firms for the year 2005 in the District of Columbia Region.  A review of the survey, which show the rates for timekeepers from Dickstein, Shapiro, Morin & Oshinsky; Kirkpatrick & Lockhart

Nicholson Graham; Paul, Hastings, Janofsky & Walker; Sidley, Austin, Brown & Wood; Swidler, Berlin, Shereff & Friedman; and Winston & Strawn reveals that the billing rates for the Goodwin Procter attorneys in the Ricks case were within the range for each experience level.

33.     Exhibit 5 is a national survey of billing rates of junior to senior associates for 2005 published in the Volume 27, No. 64 of the National Law Journal, dated December 12, 2005. The four Washington area law firms whose rates are set forth in chart format are Dickstein, Shapiro, Morin & Oshinsky; Patton Boggs; Swidler Berlin; and Wiley Rein & Fielding. As can be seen, the rates billed and sought for Goodwin Procter's Associates for 2005 are consistent with the average of the rates for those firms, which compete in the DC marketplace for legal services with Goodwin Procter.

I hereby declare, under penalty of perjury, that the foregoing is true and accurate.

Executed on February 24, 2006.

John D. Aldock
Goodwin Procter LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000

# ALDOCK DECLARATION

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH S. HEARD,                    )
                                    )
            Plaintiff,              )
                                    )
v.                                  )    No. 1:02CV00296 (CKK)
                                    )
DISTRICT OF COLUMBIA                )
GOVERNMENT, ET AL.,                 )
                                    )
            Defendants.             )
_____)

## DECLARATION OF JOHN PAYTON

I, John Payton, do testify and declare:

1. I am a Partner in the law firm of Wilmer Cutler Pickering Hale and Dorr, located at 2445 M Street, N.W., Washington, D. C. 20037. I have been asked to make this Declaration in support of Plaintiff's Motion for Award of Attorney's Fees and Costs in the above-captioned case, and I understand that this Declaration will be filed in support of that motion.

2. I am and have been a practicing attorney since 1978. I am a member of the bars of the State of California (inactive) and the District of Columbia. I have been a partner in the firm of Wilmer Cutler Pickering Hale and Dorr or one of its predecessor firms since 1985 (with the exception of 1991-94 when I was Corporation Counsel for the District of Columbia) engaged in trial and appellate litigation, including civil rights and other cases. My prior experience includes civil rights cases in trial courts, appellate courts, and the U. S. Supreme Court.

EXHIBIT
G

3. My professional experience also includes President of the D. C. Bar 2001-2002, Co-Chair Washington Lawyers Committee for Civil Rights and Urban Affairs, Co-Chair National Lawyers Committee for Civil Rights and Urban Affairs.

4. Wilmer Cutler Pickering Hale and Dorr is engaged in a broad general practice that involves substantial federal court litigation in many areas of the law, including commercial law, bankruptcy, labor law, environmental law, products liability, government contracts, and civil rights law. The firm is also active in arbitration and mediation of disputes. Although we represent individuals, associations and corporations, most of the firm's revenue comes from representing clients that are large, publicly-held corporations.

5. Wilmer Cutler Pickering Hale and Dorr annually sets the hourly rates for each attorney, law clerk, and paralegal. The working time of each attorney is customarily charged to clients on the basis of these hourly rates. In the context of litigation, our firm does not make a distinction between in-court and out-of-court time or between different kinds of litigation.

6. On information and belief, my firm's rates have been in line with the rates of comparable firms in this community.

7. I have been informed that the fee application in the above-captioned case for Goodwin Procter involves attorneys who have graduated from law school in the years 1970, 1989, 1999, 2001, 2002, 2003, and 2004, as well as law clerks and paralegals. I have also reviewed the rates my own firm has charged to and collected from fee-paying clients during the current year (2005) as well as 2004 for attorneys with the indicated graduation years who litigate complex federal cases. I have also listed the rates my firm has charged

to and collected from fee-paying clients for law clerks and paralegals for the years 2004 and 2005.

8.  Based on the information provided to me, the overall rates requested by Goodwin Procter are somewhat lower than the rates billed by my firm at the specified levels of experience.

9.  Based on the rates at my own law firm and my general familiarity with the level of fees charged by attorneys experienced in civil litigation in the District of Columbia, I believe the hourly rates sought by plaintiff in this case are reasonable in light of the fees customarily charged and collected in the Washington area for complex civil litigation performed by attorneys of comparable experience and credentials.

10. Neither I nor my firm have been compensated for this declaration, and neither I nor my firm have a financial interest in any fee which may be awarded in this case.


I declare on this ___21___ day of August 2005, under penalty of perjury, that the foregoing is true and correct.

John Payton
Wilmer Cutler Pickering Hale and Dorr
2445 M Street, N.W.
Washington, D. C.  20037
(202) 663-6325

# ALDOCK DECLARATION

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH S. HEARD,                    )
                                    )
              Plaintiff,            )
                                    )
v.                                  )    No. 1:02CV00296 (CKK)
                                    )
DISTRICT OF COLUMBIA                )
GOVERNMENT, ET AL.,                 )
                                    )
              Defendants.           )
_____    )

### DECLARATION OF  JAMES J. SANDMAN

I, James J. Sandman, do testify and declare:

1. I am Managing Partner of the law firm of Arnold & Porter LLP ("Arnold & Porter" or
   "the firm"). I am located in the firm's Washington D.C. office, which is the firm's
   headquarters. I have been asked to make this Declaration in support of Plaintiff's Motion
   for Award of Attorneys' Fees and Costs in the above-captioned case, and I understand
   that this Declaration will be filed in support of that motion.

2. I am and have been a practicing attorney since 1977. I am a member of the bars of the
   States of Colorado and Pennsylvania and the District of Columbia. I have been a partner
   in Arnold & Porter since 1984 engaged in trial and appellate litigation, including civil
   rights and other cases. I was an associate at Arnold & Porter from 1977 through 1983
   and served as a law clerk to Judge Max Rosenn of the United States Court of Appeals for
   the Third Circuit in 1976-77.



3.  My professional experience also includes service as a member of the Board of Governors of the District of Columbia Bar since 2003, as Chair of the District of Columbia Bar Committee on Multijurisdictional Practice since 2002, and as a member of the Steering Committee (1998-2003) and Co-Chair (1998-2000, 2001-02) of the Law Practice Management Section of the District of Columbia Bar.  I am currently President-Elect of the District of Columbia Bar.

4.  Arnold & Porter is engaged in a broad general practice that involves substantial federal court litigation in many areas of the law, including commercial law, bankruptcy, antitrust law, environmental law, products liability, government contracts, and civil rights law. The firm is also active in arbitration and mediation of disputes.  Although we represent individuals, associations, and corporations, most of the firm's revenue comes from representing clients that are large, publicly-held corporations.

5.  One of my duties as Managing Partner of the firm is to ensure that the billing rates that our firm sets for each individual lawyer and that we bill to our clients are appropriate market rates that take into account the seniority and experience of that attorney.

6.  Arnold & Porter annually sets the hourly rates for its attorneys, law clerks, and paralegals.  The working time of each attorney, law clerk, and legal assistant is customarily charged to clients on the basis of these hourly rates.  In the context of litigation, our firm does not make a distinction between in-court and out-of-court time or between different kinds of litigation.

7.  On information and belief, my firm's rates are and have been in line with the rates of comparable firms in this community.

8.  I have been informed that the fee application in the above-captioned case for Goodwin Procter involves attorneys who have graduated from law school in the years 1970, 1989,

1999, 2001, 2002, 2003, and 2004, as well as law clerks and paralegals. I have reviewed the rates my own firm has charged to and collected from fee-paying clients during the current year (2005) for attorneys with the indicated graduation years who litigate complex federal cases. I have also reviewed the rates my firm has charged to and collected from fee-paying clients for law clerks and paralegals for the year 2005. And I have also reviewed this same information for the same categories of timekeepers for the year 2004

9. Based on the information provided to me, the overall rates requested by Goodwin Procter for work performed in years 2004 and 2005 are comparable to the rates billed by my firm for attorneys, law clerks, and paralegals at the same levels of experience.

10. Based on the rates at my own law firm and my general familiarity with the level of fees charged by attorneys experienced in civil litigation in the District of Columbia, I believe the hourly rates sought by plaintiff in this case are reasonable in light of the fees customarily charged and collected in the Washington area for complex civil litigation performed by attorneys of comparable experience and credentials.

11. Neither I nor my firm have been compensated for this declaration, and neither I nor my firm have a financial interest in any fee which may be awarded in this case.

I declare on this 2nd day of August, 2005, under penalty of perjury, that the foregoing is true and correct.

James J. Sandman
Arnold & Porter LLP
555 12th Street N.W.
Washington, DC 20004
(202)942-5758

# ALDOCK DECLARATION

# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH S. HEARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:02CV00296 (CKK) |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| GOVERNMENT, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF ANTHONY HERMAN

I, Anthony Herman declare as follows:

1. I am a partner of Covington & Burling ("Covington"), located at 1201 Pennsylvania Avenue, N.W., Washington, DC 20004-2401. I have been asked to make this Declaration in support of Plaintiff's Motion for Award Attorney's Fees and Costs, and I understand that this Declaration will be filed in support of that motion.

2. I am and have been a practicing attorney at Covington since July 1989. I am a member of the bars of the State of Pennsylvania (inactive) and the District of Columbia. I have been a partner at Covington since 1994, engaged in trial and appellate litigation, including civil rights and other cases. Prior to joining Covington in 1989, I was a law professor at Florida State University College of Law, clerked for the Hon. Irving L. Goldberg in the Fifth Circuit, and graduated from Harvard Law School, *magnum cum laude*.

3. I am Co-chair of Covington's Intellectual Property Litigation Practice Group and the Public Service Committee.

EXHIBIT I

4. Covington is engaged in a broad general practice that involves substantial federal court litigation in many areas of the law, including intellectual property, commercial law, bankruptcy, employment law, environmental law, products liability, government contracts, and civil rights law. The firm is also active in arbitration and mediation of disputes. Although we represent individuals, associations and corporations, most of the firm's revenue comes from representing clients that are large, publicly-held corporations.

5. Covington annually sets the hourly rates for each attorney and paralegal. The working time of each attorney is customarily charged to clients on the basis of these hourly rates. In the context of litigation, our firm does not make a distinction between in-court and out-of-court time or between different kinds of litigation.

6. On information and belief, my firm's rates have been in line with the rates of comparable firms in this community.

7. I have been informed that the fee application in the above-captioned case for work by Goodwin Procter involves attorneys who have graduated from law school in the years 1970, 1989, 1999, 2001, 2002, 2003, and 2004, as well as law clerks and paralegals, and I have reviewed the rates at which Goodwin Procter billed the time for those attorneys, law clerks and paralegals in 2004 and 2005.

8. I have also reviewed the rates at which Covington billed the time for attorneys from the same classes during 2004 and 2005, as well as the rates at which we billed the time of our paralegals, and I have compared these billing rates for the two firms. (Because Covington does not employ law clerks, I could not perform a comparison for that category of timekeeper.)

9. Based on the information provided to me by plaintiff, the rates requested by Goodwin
   Procter are comparable to and within the range of the rates billed by my firm for lawyers
   or paralegals at the corresponding levels of experience.

10. Based on the rates at my own law firm and my general familiarity with the level of fees
    charged by attorneys experienced in civil litigation in the District of Columbia, I believe
    the hourly rates sought by plaintiff in this case are reasonable in light of the fees
    customarily charged and collected in the Washington area for complex civil litigation
    performed by attorneys of comparable experience and credentials.

11. Neither I nor my firm have been compensated for this declaration, and neither I nor my
    firm have a financial interest in any fee which may be awarded in this case.


I declare on this 3rd day of August 2005, under penalty of perjury, that the foregoing is
true and correct.

Anthony Herman
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-662-6000

# ALDOCK DECLARATION

# EXHIBIT 4

# LEGALBILLINGREPORT



CourtEXPRESS

*CourtEXPRESS*

## LEGAL BILLING REPORT

VOLUME 7, NUMBER 1

May, 2005

## BY REGION, BY FIRM

© Copyright 2005 RIS Legal Services, Inc.



## ATTORNEY CODES

| Code | Description | Code | Description |
|---|---|---|---|
| A | Associate | NL | Non-Legal |
| AD | Administrative | NYA | Not Yet Admitted |
| ADV | Advisor | OC | Of Counsel |
| AN | Analyst | P | Partner |
| C | Counsel | PA | Project Assistant |
| CA | Case Assistant | PP | Paraprofessional |
| CL | Clerk | PS | Professional Staff |
| CM | Case Manager | RSP | Research Specialist |
| CON | Consultant | SA | Senior Associate |
| DC | Docket Clerk | SC | Senior Counsel |
| FLC | Foreign Legal Consultant | SCA | Special Category Attorney |
| I | Investigator | SLA | Senior Legal Assistant |
| IT | Information Technology | SE | Senior Attorney |
| KA | Contract Attorney | SP | Special Partner |
| LA | Legal Assistant | SPC | Specialist |
| LC | Law Clerk | SPP | Summer Paralegal |
| LI | Legal Intern | ST | Staff Attorney |
| LIB | Library | SU | Summer Associate |
| MA | Managing Attorney | SUC | Summer Clerk |
| MAO | Clerk - Managing Attys Ofc | SUP | Support Staff |
| MC | Managing Clerk | VA | Visiting Attorney |
| SMD | Senior Managing Director | SVP | Senior Vice President |

## CONSULTANT CODES

| Code | Description | Code | Description |
|---|---|---|---|
| A | Associate | | |
| AN | Analyst | | |
| ASST | Assistant | | |
| C | Consultant | | |
| CH | Chairman | | |
| CSA | Client Serving Associate | | |
| D | Director | | |
| EM | Experienced Manager | | |
| GC | General Counsel | | |
| I | Intern | | |
| M | Manager | | |
| MD | Managing Director | | |
| P | Partner | | |
| PC | Partner Consultant | | |
| PP | Paraprofessional | | |
| PR | Principal | | |
| SA | Senior Associate | | |
| SC | Senior Consultant | | |
| ST | Staff | | |
| SM | Senior Manager | | |
| SUP | Supervisor | | |
| VP | Vice-President | | |

While we make every effort to assure the reliability of the data contained within, RIS Legal Services, Inc. does not warrant the accuracy of the information and assumes no liability for errors or omission.

Note: Calculations of "Billing Rate" x "Hours Billed" may not, in all cases, equal the "Total Billed," due to various items, such as a rate change during the billing period.

**CourtEXPRESS**

*The first web-site providing immediate access to our nation's courts.*

*Off-line searching, personal results page, automatic case tracking and on-line ordering of documents.*

© Copyright 2005 RIS Legal Services, Inc.

i

## District of Columbia Regional Report

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL | COURT/CASE |
|---|---|---|---|---|---|---|---|
| **Dickstein Shapiro Morin & Oshinsky LLP** | | | | | | | **COURT/CASE** |
| P Greenspan, Deborah | 1981 | 1981 | DC | $ 550.00 | 17.00 | $ 9,350.00 | U.S.B.C., Delaware |
| A Bran, Paul | 1986 | 1986 | DC | 475.00 | 1.20 | 570.00 | *Kaiser Aluminum Corporation, et al.* |
| C Brooks, Frederick | 1993 | 1993 | DC | 375.00 | 39.20 | 14,625.00 | |
| A Van Leenen, Stuart | | | DC | 235.00 | 1.80 | 423.00 | From the fee application covering |
| SLA Snook, Sutton | | | | 180.00 | 23.20 | 4,176.00 | March 1, 2005 through March 31, 2005 |
| RSP Dominguez, Erena | | | | 160.00 | 3.20 | 512.00 | |
| RSP DiNatale | | | | 140.00 | 0.50 | 70.00 | NLJ 250 Ranking: 138 |
| TOTAL | | | | | 86.10 | $ 29,726.00 | Firm Size: 308 |
| | | | | | | | |
| **Kirkpatrick & Lockhart Nicholson Graham LLP** | | | | | | | |
| P Rich, J. | 1970 | 1970 | NY | $ 575.00 | 100.50 | $ 57,787.50 | U.S.B.C., Delaware |
| P Jacobs, M.L. | 1982 | 1982 | DC | 550.00 | 1.90 | 1,045.00 | *Combustion Engineering, Inc.* |
| P Hecht, P.H. | 1980 | 1980 | DC | 525.00 | 160.10 | 84,052.50 | |
| P Brendel, N.H. | 1979 | 1979 | PA | 500.00 | 1.02 | 510.00 | From the fee application covering |
| OC Singer, E. | 1982 | 1982 | NY | 475.00 | 13.50 | 6,412.50 | January 1, 2005 through March 31, 2005 |
| P Karp, J. | 1982 | 1982 | MD | 450.00 | 1.80 | 810.00 | |
| P Cohen, J.M. | 1993 | 1993 | CA | 425.00 | 0.70 | 297.50 | NLJ 250 Ranking: 36 |
| A Moser, E. | 1999 | 1999 | NY | 385.00 | 31.90 | 12,281.50 | Firm Size: 741 |
| A Mo, J. | 2001 | 2001 | NY | 350.00 | 144.50 | 50,575.00 | |
| A Clark, L.J. | 2002 | 2002 | CA | 300.00 | 4.20 | 1,260.00 | |
| A Sommer, S.B. | 2000 | 2000 | | 270.00 | 10.00 | 2,700.00 | |
| A Borrowman, J. | 2002 | 2002 | DC | 265.00 | 84.60 | 22,419.00 | |
| A Walsh, P. | 2004 | 2004 | DC | 195.00 | - | - | |
| LA Serrao, K.A | | | | 190.00 | 31.70 | 6,023.00 | |
| LA LoJacono, L.J | | | | 175.00 | 3.30 | 577.50 | |
| LA Smith, J. | | | | 170.00 | 40.10 | 6,817.00 | |
| LA Wilson, V. | | | | 140.00 | 1.30 | 182.00 | |
| LA Zinkski, K. | | | | 110.00 | 0.30 | 33.00 | |
| TOTAL | | | | | 631.40 | $ 253,773.00 | |
| | | | | | | | |
| **Paul, Hastings, Janofsky & Walker** | | | | | | | |
| P Gallagher, John J. | 1972 | 1972 | DC | $ 545.00 | 123.20 | $ 67,144.00 | U.S.B.C., Southern District of Maryland |
| P Span, Robert S. | 1976 | 1976 | CA | 535.00 | 72.10 | 38,573.50 | *ATA Holdings Corp., et al.* |
| CL Traxler, Katherine A. | 1990 | 1990 | CA | 520.00 | 12.40 | 6,448.00 | |
| P Geier, Jon A. | 1985 | 1985 | DC | 520.00 | 1.50 | 780.00 | From the fee application covering |
| CL Spurlin, Margaret H. | 1979 | 1979 | DC | 460.00 | 41.20 | 18,952.00 | October 26, 2005 through February 28, 2005 |
| A Branon, Brendan M. | 2004 | 2004 | DC | 265.00 | 93.70 | 24,830.50 | |
| TOTAL | | | | | 344.10 | $ 156,728.00 | NLJ 250 Ranking: 26 |
| | | | | | | | Firm Size: 827 |
| | | | | | | | |
| **Sidley Austin Brown & Wood LLP** | | | | | | | |
| C Nathan, Harvey J. | 1970 | 1970 | DC | $ 595.00 | 2.80 | $ 1,386.00 | U.S.B.C., Southern District of New York |
| P Richardson, P. David | 1980 | 1980 | DC | 595.00 | 25.10 | 13,850.00 | *Loral Space & Communications LTD., et al.* |
| P Belanger, Richard M | 1975 | 1975 | DC | 550.00 | 22.90 | 12,282.50 | |
| C Larach, Richard L. | 1989 | 1990 | DC | 450.00 | 50.05 | 20,912.50 | From the fee application covering |
| P Torreson, Robert | 1983 | 1983 | DC | 450.00 | 1.70 | 765.00 | October 1, 2004 through February 28, 2005 |
| A Mathews, Susan M. | 1991 | 1992 | CA | 420.00 | 93.80 | 37,818.50 | |
| A Crosby, Lisa A. | 1995 | 1996 | DC | 410.00 | 2.90 | 1,146.50 | NLJ 250 Ranking: 6 |
| A DiGuillian Maria T. | 1999 | 2002 | DC | 325.00 | 1.30 | 422.50 | Firm Size: 1559 |
| TOTAL | | | | | 200.55 | $ 88,583.50 | |

District of Columbia Regional Report

| FIRM | | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL | COURT/CASE |
|---|---|---|---|---|---|---|---|---|
| Swidler Berlin Shereff Friedman, LLP | | | | | | | | U.S.B.C., Delaware |
| P | Frankel, Roger | 1971 | 1971 | DC | $ 645.00 | 22.80 | $ 14,706.00 | W.R. Grace & CO., et al |
| P | Wyron, Richard H. | 1979 | 1979 | DC | 545.00 | 34.60 | 18,857.00 | |
| P | Almy, Monique D. | 1987 | 1987 | DC | 460.00 | 51.50 | 23,690.00 | |
| OC | Weisman, Julie A. | 1992 | 1982 | DC | 400.00 | 6.50 | 2,600.00 | From the fee application covering |
| A | Levin, Scott J. | 1995 | 1995 | DC | 390.00 | 0.30 | 117.00 | March 1, 2005 through March 31, 2005 |
| A | Cheney, Matthew W. | 1997 | 1997 | DC | 355.00 | 0.10 | 35.50 | |
| A | Felder, Debra L. | 1992 | 1992 | DC | 255.00 | 8.70 | 2,218.50 | NLJ 250 Ranking 152 |
| SC | Scarpato, Michael A. | 1994 | 1994 | | 210.00 | 0.20 | 42.00 | Firm Size: 271 |
| SLA | Fullem, Debra O. | 1993 | 1993 | | 195.00 | 26.90 | 5,245.50 | |
| LA | Pavlak, Richard | 1990 | 1990 | | 150.00 | 0.80 | 120.00 | |
| CL | Barainca, Rachael M. | 1991 | 1991 | | 60.00 | 20.10 | 1,206.00 | |
| | (Voluntary Discount) | | | | | | (967.50) | |
| | TOTAL | | | | | 172.50 | 67,870.00 | |

| Winston & Strawn, LLP | | | | | | | | U.S.B.C., District of Maryland |
| P | Danker, Donald K. | 1973 | 1974 | DC | $ 475.00 | 94.20 | $ 44,745.00 | US Gen New England, Inc. |
| P | Coffee, Gordon A. | 1984 | 1985 | DC | 460.00 | 19.20 | 8,832.00 | |
| P | Madden, William J. | 1964 | 1964 | DC | 410.00 | 0.30 | 123.00 | |
| P | Dennis, Jeanne M. | 1993 | 1993 | DC | 405.00 | 188.00 | 76,140.00 | From the fee application covering |
| P | Whitaker IV, John A. | 1976 | 1976 | DC | 405.00 | 39.90 | 16,159.50 | March 1, 2005 through March 31, 2005 |
| P | Wuslich, Raymond B. | 1988 | 1988 | DC | 405.00 | 35.30 | 14,296.50 | |
| A | Manley, Karen Sugden | 2001 | 2001 | DC | 295.00 | 10.70 | 3,156.50 | NLJ 250 Ranking  24 |
| A | Evseev, Dmitri | 2001 | 2001 | DC | 295.00 | 7.90 | 2,330.50 | Firm Size:845 |
| A | Claybour, Margaret H. | 2002 | 2002 | DC | 275.00 | 12.60 | 3,465.00 | |
| A | Flanigan, Stacy J. | 2002 | 2002 | | 275.00 | 1.60 | 440.00 | |
| PP | Stogen, Paige D. | | | | 190.00 | 7.50 | 1,425.00 | |
| PP | Mooney, Mary | | | | 170.00 | 3.00 | 510.00 | |
| | TOTAL | | | | | 420.20 | $ 171,623.00 | |

# ALDOCK DECLARATION

# EXHIBIT 5

S6    THE NATIONAL LAW JOURNAL/WWW.NLJ.COM    Monday, December 12, 2005

# Alternatives to the billable hour offered by law firms

*Below is a sampling of firms that provided information about the alternative billing methods they use most often. We asked firms to differentiate between variations on the billable hour (discounted hourly rates and blended hourly rates) and true alternatives to the billable hour. The percentages denote estimated portions of the firms' revenues obtained through each category. They are followed by the billing methods that the firms use within those categories.*

**Arent Fox.** Variations: less than 5%—discounted rate, blended rate. Alternatives: less than 5%—fixed or flat fee, contingency fee, hybrid fee.

**Armstrong Teasdale.** Variations: 18%—discounted rate, blended rate. Alternatives: 20%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Burr & Forman.** Variations: 25%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Butzel Long.** Variations: 20%—discounted rate, blended rate, premium rate based on type of work, rate by category. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Covington & Burling.** Variations: 20%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Day, Berry & Howard.** Variations—77.3%—discounted rate, blended rate. Alternatives: 22.7%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Dorsey & Whitney.** Variations: 5%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee.

**Dykema Gossett.** Variations 85%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee.

**Fowler White Boggs Banker.** Variations: 10%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Holme Roberts & Owen.** Variations: 10%—discounted rate, blended rate. Alternatives: 3%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Jenner & Block.** Variations: 42%—discounted rate, blended rate. Alternatives: 2%—fixed or flat fee, contingency fee, hybrid fee.

**Lewis, Rice & Fingersh.** Variations: 35%—discounted rate, blended rate. Alternatives: less than 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Loeb & Loeb.** Variations: 15%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Luce, Forward, Hamilton & Scripps.** Variations: 5%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**McKenna Long & Aldridge.** Variations: 20%—discounted rate, blended rate. Alternatives: 20%—fixed or flat fee, contingency fee, hybrid fee.

**Morris, Manning & Martin.** Variations: 15%—discounted rate. Alternatives: 2%—fixed or flat fee, contingency fee, hybrid fee.

**Orrick, Herrington & Sutcliffe.** Variations: 5%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Patton Boggs.** Variations: 10%—discounted rate, blended rate. Alternatives: 4%—fixed or flat fee, contingency fee, hybrid fee.

**Polsinelli Shalton Welte Suelthaus.** Variations: 15%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Powell Goldstein.** Variations: 2%—discounted rate, blended rate. Alternatives: 13%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Robinson & Cole.** Variations: 15%—discounted rate, blended rate. Alternatives: 20%—fixed or flat fee, contingency fee, hybrid fee.

**Ulmer & Berne.** Variations: 10%—discounted rate, blended rate. Alternatives: 8%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Womble Carlyle Sandridge & Rice.** Variations 25%—discounted rate, blended rate. Alternatives: less than 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value. ∎

# Billing rates for junior to senior associates

*The following is a sampling of hourly rates charged by law firms that establish billing rates based on associate class. The name of each law firm is followed by its number of attorneys, as reported in the most recent NLJ 250, and the location of its principal or largest office.*

**Ballard Spahr Andrews & Ingersoll (452) (Philadelphia)**

| | | | |
|---|---|---|---|
| 1st | $200 | 5th | $260 |
| 2d | $215 | 6th | $275 |
| 3d | $230 | 7th | $290 |
| 4th | $245 | 8th | $300 |

**Blank Rome (481) (Philadelphia)**

| | | | |
|---|---|---|---|
| 1st | $195-$215 | 5th | $250-$280 |
| 2d | $210-$230 | 6th | $260-$300 |
| 3d | $225-$250 | 7th | $270-$315 |
| 4th | $240-$265 | 8th | $280-$325 |

**Brown Raysman Millstein Felder & Steiner (253) (New York)**

| | | | |
|---|---|---|---|
| 1st | $230 | 5th | $330 |
| 2d | $245 | 6th | $360 |
| 3d | $285 | 7th | $375 |
| 4th | $315 | 8th | $395 |

**Curtis, Mallet-Prevost, Colt & Mosle (180) (New York)**

| | | | |
|---|---|---|---|
| 1st | $225 | 5th | $365 |
| 2d | $260 | 6th | $400 |
| 3d | $295 | 7th | $435 |
| 4th | $330 | 8th | $470 |

**Davis Wright Tremaine (386) (Seattle)**

| | | | |
|---|---|---|---|
| 1st | $180 | 5th | $245 |
| 2d | $200 | 6th | $255 |
| 3d | $215 | 7th | $275 |
| 4th | $230 | 8th | $285 |

**Day, Berry & Howard (215) (Hartford, Conn.)**

| | | | |
|---|---|---|---|
| 1st | $190-$220 | 5th | $260-$345 |
| 2d | $210-$260 | 6th | $280-$365 |
| 3d | $235-$295 | 7th | $300-$390 |
| 4th | $250-$320 | 8th | $310-$410 |

**Dickstein Shapiro Morin & Oshinsky (353) (Washington)**

| | | | |
|---|---|---|---|
| 1st | $210-$235 | 5th | $320-$350 |
| 2d | $255-$285 | 6th | $320-$350 |
| 3d | $285-$320 | 7th | $350-$390 |
| 4th | $285-$320 | 8th | $350-$390 |

**Dinsmore & Shohl (284) (Cincinnati)**

| | | | |
|---|---|---|---|
| 1st | $140 | 5th | $190 |
| 2d | $150 | 6th | $200 |
| 3d | $160 | 7th | $210 |
| 4th | $175 | 8th | $220 |

**DLA Piper Rudnick Gray Cary (3,159) (Chicago)**

| | | | |
|---|---|---|---|
| 1st | $215 | 5th | $328 |
| 2d | $238 | 6th | $351 |
| 3d | $267 | 7th | $371 |
| 4th | $298 | 8th | $388 |

**Dorsey & Whitney (638) (Minneapolis)**

| | | | |
|---|---|---|---|
| 1st | $185 | 5th | $270 |
| 2d | $215 | 6th | $285 |
| 3d | $230 | 7th | $305 |
| 4th | $250 | | |

**Drinker Biddle & Reath (413) (Philadelphia)**

| | | | |
|---|---|---|---|
| 1st | $195 | 5th | $270 |
| 2d | $215 | 6th | $285 |
| 3d | $230 | 7th | $290 |
| 4th | $250 | 8th | $315 |

**Fenwick & West (246) (Mountain View, Calif.)**

| | | | |
|---|---|---|---|
| 1st | $235 | 5th | $385 |
| 2d | $275 | 6th | $410 |
| 3d | $310 | 7th | $425 |
| 4th | $345 | 8th | $440 |

**Gardere Wynne Sewell (286) (Dallas)**

| | | | |
|---|---|---|---|
| 1st | $170 | 5th | $255 |
| 2d | $185 | 6th | $270 |
| 3d | $210 | 7th | $285 |
| 4th | $235 | 8th | $300 |

**Jenkens & Gilchrist (282) (Dallas)**

| | | | |
|---|---|---|---|
| 1st | $180 | 5th | $260 |
| 2d | $205 | 6th | $275 |
| 3d | $225 | 7th | $300 |
| 4th | $245 | 8th | $310 |

**Jenner & Block (443) (Chicago)**

| | | | |
|---|---|---|---|
| 1st | $215 | 5th | $310 |
| 2d | $215 | 6th | $340 |
| 3d | $235 | 7th | $370 |
| 4th | $275 | 8th | $390 |

**Kelley Drye & Warren (321) (New York)**

| | | | |
|---|---|---|---|
| 1st | $235 | 5th | $335 |
| 2d | $260 | 6th | $355 |
| 3d | $285 | 7th | $375 |
| 4th | $315 | 8th | $395 |

**Kramer Levin Naftalis & Frankel (325) (New York)**

| | | | |
|---|---|---|---|
| 1st | $275 | 5th | $440 |
| 2d | $340 | 6th | $460 |
| 3d | $380 | 7th | $480 |
| 4th | $410 | 8th | $495 |

**Lewis, Rice & Fingersh (172) (St. Louis)**

| | | | |
|---|---|---|---|
| 1st | $160 | 5th | $240 |
| 2d | $180 | 6th | $260 |
| 3d | $205 | 7th | $275 |
| 4th | $230 | 8th | $285 |



**PracticeManager**
Extend Your Vision

**Often Imitated.**
**Never Duplicated.**

We Defined The Legal Information Management System

With over 20 years of experience providing solutions that faciliate collaboration, control and compliance, we help savvy legal professionals efficiently manage their workload. Let us show you how we can help you.

One Solution. One Company. Extend Your Vision.

PMGSoftware.com
888.PMG.3232 - 888.764.3232

Monday, December 12, 2005 — THE NATIONAL LAW JOURNAL/WWW.NLJ.COM — S7

# Billing rates generally keep climbing

'BILLING RATES' FROM PAGE S1

an attorney rather than his or her expertise, he said.

"The biggest problem is not client acceptance (of the high rates), it is acceptance within the firm, because it probably goes against the hierarchy," Bower said.

The lowest associate billing rate reported this year was $75 at Philadelphia-based Cozen O'Connor, in comparison with $90 last year at Akron, Ohio-based Buckingham, Doolittle & Burroughs. The lowest partner billing rate was $105, also at Cozen O'Connor. Last year it was $135 at Philadelphia-based Marshall, Dennehey, Warner, Coleman & Goggin.

However, that's not to say that Cozen O'Connor is always a bargain. Its rates

for partners ranged up to $700, and its rates for associates go up to $395.

Cooley Godward was one firm that did not raise its highest rates, but its lowest rates for partners increased from $375 to $395 per hour and those for associates rose from $205 to $215.

## Widening ranges

Some firms that raised their highest rates also dropped their lowest rates, increasing the range of billing rates available.

"The ranges are going to continue to grow," Bower said. "You'll see a lot of pressure on the low end, whereas for the important or strategic work, the rates will also be high, but justifiable."

This was the first year in which the NLJ asked firms to provide average and median (middle number) billing rates for partners and associates. Firms were also asked to provide firmwide averages and medians. These rates provide a clearer idea of what a typical lawyer at a given firm charges. More than half the responding firms provided this information.

Of those firms, Orrick, Herrington & Sutcliffe boasted the highest firmwide billing average: $451. Washington-based Patton Boggs reported the highest firm-wide median: $495. New York's Kramer Levin Naftalis & Frankel reported both the highest average and the highest median rates for partners, $598 and $590, respectively. **NLJ**

| Locke Liddell & Sapp (384) (Houston) | | | |
|---|---|---|---|
| 1st | $150 | 5th | $250 |
| 2d | $180 | 6th | $270 |
| 3d | $210 | 7th | $290 |
| 4th | $230 | 8th | $300 |

| Miles & Stockbridge (204) (Baltimore) | | | |
|---|---|---|---|
| 1st | $180 | 5th | $225 |
| 2d | $190 | 6th | $240 |
| 3d | $200 | 7th | $255 |
| 4th | $210 | 8th | $265 |

| Montgomery, McCracken, Walker & Rhoads (138) (Philadelphia) | | | |
|---|---|---|---|
| 1st | $190 | 5th | $230 |
| 2d | $200 | 6th | $245 |
| 3d | $205 | 7th | $255 |
| 4th | $215 | 8th | $265-$295 |

| Morris, Manning & Martin (170) (Atlanta) | | | |
|---|---|---|---|
| 1st | $175 | 5th | $285 |
| 2d | $215 | 6th | $300 |
| 3d | $255 | 7th | $310-$315 |
| 4th | $265 | 8th | $325 |

| Ogletree, Deakins, Nash, Smoak & Stewart (299) (Greenville, S.C.) | | | |
|---|---|---|---|
| 1st | $190 | 5th | $245 |
| 2d | $210 | 6th | $260 |
| 3d | $225 | 7th | $270 |
| 4th | $235 | 8th | $285 |

| Orrick, Herrington & Sutcliffe (744) (New York) | | | |
|---|---|---|---|
| 1st | $235 | 5th | $410 |
| 2d | $310 | 6th | $435 |
| 3d | $355 | 7th | $455 |
| 4th | $385 | 8th | $465 |

| Patton Boggs (406) (Washington) | | | |
|---|---|---|---|
| 1st | $210 | 5th | $300 |
| 2d | $225 | 6th | $315 |
| 3d | $240 | 7th | $335 |
| 4th | $270 | 8th | $360 |

| Phillips Lytle (170) (Buffalo, N.Y.) | | | |
|---|---|---|---|
| 1st | $145 | 5th | $175 |
| 2d | $150 | 6th | $185 |
| 3d | $155 | 7th | $195 |
| 4th | $165 | 8th | $210 |

| Pitney Hardin (179) (Florham Park, N.J.) | | | |
|---|---|---|---|
| 1st | $190-$195 | 5th | $250-$275 |
| 2d | $195-$210 | 6th | $275-$300 |
| 3d | $210-$235 | 7th | $260-$315 |
| 4th | $235-$250 | 8th | $300-$330 |

| Robinson & Cole (223) (Hartford, Conn.) | | | |
|---|---|---|---|
| 1st | $160-$200 | 5th | $200-$240 |
| 2d | $170-$210 | 6th | $210-$250 |
| 3d | $180-$220 | 7th | $220-$260 |
| 4th | $190-$230 | 8th | $240-$270 |

| Shumaker, Loop & Kendrick (164) (Toledo, Ohio) | | | |
|---|---|---|---|
| 1st | $150 | 5th | $180 |
| 2d | $165 | 6th | $190 |
| 3d | $170 | 7th | $195 |
| 4th | $175 | 8th | $200 |

| Swidler Berlin (138) (Washington) | | | |
|---|---|---|---|
| 1st | $215 | 5th | $300 |
| 2d | $235 | 6th | $330 |
| 3d | $255 | 7th | $355 |
| 4th | $275 | 8th | $375 |

| Thompson Hine (376) (Cleveland) | | | |
|---|---|---|---|
| 1st | $188 | 5th | $223 |
| 2d | $189 | 6th | $258 |
| 3d | $205 | 7th | $259 |
| 4th | $205 | 8th | $269 |

| White & Case (1,963) (New York) | | | |
|---|---|---|---|
| 1st | $290 | 5th | $495 |
| 2d | $360 | 6th | $505 |
| 3d | $435 | 7th | $520 |
| 4th | $475 | 8th | $530 |

| Wiley Rein & Fielding (253) (Washington) | | | |
|---|---|---|---|
| 1st | $205 | 5th | $295 |
| 2d | $230 | 6th | $310 |
| 3d | $255 | 7th | $325 |
| 4th | $275 | 8th | $335 **NLJ** |



## Tabs3
Reliable billing software.

# A BILLING PARTNER YOU CAN RELY ON

**Reliable, Proven Billing Software**
Tabs3 Billing Software has been helping law firms get their bills out accurately and on time for more than 25 years. Tabs3 is the only billing software recognized in 2005 by the three major legal industry awards from TechnoLawyer, *Law Technology News*®, and Law Office Computing; 95% of Tabs3 users would recommend it to your firm; and it has a 98% support satisfaction rating. Imagine what it could do for your firm!

**Easy to Use, Powerful and Fully Integrated**
Tabs3's intuitive design makes it easy for everyone in your firm to enter their time. It also is powerful enough to let you bill the way you want to. Tabs3 gives you unlimited billing rates per matter, lets you design your own bills and statements, and allows you to reprint or rebill statements at any time. Tabs3 integrates with its own financial and e-billing software. It also comes with a free copy of PracticeMaster – practice management software that helps you create group and firm-wide calendars, track all contacts, and check for conflicts of interest.

# ORDER A FREE TRIAL NOW
www.Tabs3.com/nlj

 Law Technology News Award: Time and Billing Under 50 Attorneys

 TechnoLawyer Award Winner: Favorite Time-Billing Software

 Law Office Computing Award Finalist: Time and Billing