# EXHIBIT G

*To*

**Plaintiff's Memorandum in Support of Motion for Award of Attorneys' Fees and Costs**

*Ricks v. Barnes, et al.*, No. 05-1756 HHK

# Ricks v. Barnes

## Goodwin Procter Time Records and Expenses

### Time Records

| Date | TKPR Name | Amount | Hours | Narrative |
|---|---|---|---|---|
| 5/2/2005 | Huitema, David | $97.50 | 0.3 | Place follow-up call to Mr. Moustakas and Mr. Spitzer to discuss facts and legal claims in false arrest case |
| 5/3/2005 | Huitema, David | $65.00 | 0.2 | Contact ACLU regarding ACLU's investigation in Ricks case |
| 5/4/2005 | ~~Huitema, David~~ | ~~$0.00~~ | ~~0.3~~ | ~~Process account paperwork for Ricks / check on retention language~~ |
| 5/9/2005 | Huitema, David | $65.00 | 0.2 | E-mail with Mr. Mulhauser to obtain ACLU's existing files for Ricks |
| 5/10/2005 | ~~Huitema, David~~ | ~~$0.00~~ | ~~0.6~~ | ~~Account paperwork~~ |
| 5/11/2005 | Huitema, David | $487.50 | 1.5 | Review ACLU draft false arrest complaint |
| 5/11/2005 | ~~Huitema, David~~ | ~~$0.00~~ | ~~0.3~~ | ~~Check on retention agreement~~ |
| 5/12/2005 | Huitema, David | $1,202.50 | 3.7 | Travel to ACLU office and meet with ACLU team and Mr. Ricks (2.5); review case file (1.0); e-mail Mr. Moustakas to report on client meeting (.2) |
| 5/12/2005 | Moustakas, John | $91.00 | 0.2 | Review Huitema e-mail regarding client meeting and draft response regarding the same |
| 5/13/2005 | Huitema, David | $32.50 | 0.1 | E-mail Mr. Moustakas further about client meeting |
| 5/16/2005 | Huitema, David | $1,365.00 | 4.2 | Research legal elements for claims and incorporate into draft complaint |
| 5/17/2005 | Huitema, David | $1,105.00 | 3.4 | Draft complaint |
| 5/20/2005 | Huitema, David | $65.00 | 0.2 | Telephone conference with client regarding facts alleged in complaint |
| 5/23/2005 | ~~Huitema, David~~ | ~~$0.00~~ | ~~1.5~~ | ~~Discuss ethics rules with Mr. Rich and review professional conduct rules as they relate to retention agreement with Mr. Ricks and ACLU; conference calls and e-mails to Mr. Ricks and Mr. Mulhauser~~ |
| 5/26/2005 | Moustakas, John | $500.50 | 1.1 | Review and edit draft complaint |
| 6/1/2005 | Huitema, David | $390.00 | 1.2 | Meet with Mr. Moustakas to discuss draft complaint and follow up regarding challenge to use of post & forfeit |
| 6/1/2005 | Moustakas, John | $1,046.50 | 2.3 | Review complaint (.8); telephone conferences with Art Spitzer at ACLU regarding post and forfeit (.3); extended meeting with DPH regarding proposed complaint and possible expansion of claims arising out of use of post and forfeit, including potential class action angle and followup (1.2) |
| 6/2/2005 | Huitema, David | $2,210.00 | 6.8 | Research post & forfeit and incorporate research into draft complaint |
| 6/3/2005 | Huitema, David | $520.00 | 1.6 | Post & forfeit research |
| 6/5/2005 | Huitema, David | $487.50 | 1.5 | Post & forfeit research |

# Ricks v. Barnes

## Goodwin Procter Time Records and Expenses

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 6/6/2005 | Huitema, David | 9 | Revise complaint to include post & forfeit (4); meet with Mr. Moustakas regarding how to frame post and forfeit claims(.2); additional research into post and forfeit (4.5); e-mail ACLU and call Mr. Ricks (.3) | $2,925.00 |
| 6/6/2005 | Moustakas, John | 0.2 | Office conference with Mr. Huitema re: post and forfeit claims | $91.00 |
| 6/7/2005 | Huitema, David | 3.4 | Prepare for client meeting (2.0); meet with Mr. Ricks (1.2); e-mail Mr. Spitzer (.2) | $1,105.00 |
| 6/8/2005 | Huitema, David | 5 | Edit complaint (4.0); review post and forfeit opinion (1.0) | $1,625.00 |
| 6/9/2005 | Huitema, David | 2.5 | Revise complaint and circulate to Mr. Moustakas (2.0); meet with Ms. Yeh regarding research (.5) | $812.50 |
| 6/9/2005 | Yeh, Jennifer | 3 | Assignment of new project to research excessive bail and fines (.5), reading of documents pertinent to Ricks case and post & forfeit (2.5) | $555.00 |
| 6/10/2005 | Huitema, David | 0.2 | E-mail Mr. Moustakas re: additional work required before filing complaint | $65.00 |
| 6/10/2005 | ~~Yeh, Jennifer~~ | ~~1~~ | ~~Legal research regarding excessive bail and fines~~ | ~~$0.00~~ |
| 6/15/2005 | ~~Huitema, David~~ | ~~1~~ | ~~Revise retainer following e-mail from ACLU~~ | ~~$0.00~~ |
| 6/16/2005 | Huitema, David | 2 | Conference call with Mr. Fedison (.5); meet with Mr. Moustakas regarding ACLU comments on post and forfeit theory and retention agreement (.7); review complaint and retainer (.8) | $650.00 |
| 6/16/2005 | Moustakas, John | 0.7 | Meet with Mr. Huitema regarding complaint and ACLU retainer | $318.50 |
| 6/17/2005 | Huitema, David | 1.5 | Revise complaint and send to ACLU | $487.50 |
| 6/21/2005 | Huitema, David | 0.3 | Correspond with ACLU regarding meeting to discuss post & forfeit claims | $97.50 |
| 6/22/2005 | ~~Yeh, Jennifer~~ | ~~2.5~~ | ~~Legal Research into excessive bail and fine~~ | ~~$0.00~~ |
| 6/23/2005 | Huitema, David | 2.7 | Review Spitzer edits to complaint (1.2); meet with ACLU regarding post & forfeit (1.5) | $877.50 |
| 6/23/2005 | ~~Yeh, Jennifer~~ | ~~5.5~~ | ~~Legal Research, reading re: excessive bail and fines~~ | ~~$0.00~~ |
| 6/24/2005 | Yeh, Jennifer | 4 | Legal Research, reading re: excessive bail and fines | $740.00 |
| 6/27/2005 | Yeh, Jennifer | 5 | reading, writing memo on excessive bail and fines | $925.00 |
| 6/28/2005 | ~~Yeh, Jennifer~~ | ~~6~~ | ~~memo writing, legal research on excessive bail and fines~~ | ~~$0.00~~ |
| 6/29/2005 | ~~Huitema, David~~ | ~~3~~ | ~~Review post and forfeit decision and complaint to evaluate desired remedies~~ | ~~$0.00~~ |
| 6/30/2005 | ~~Yeh, Jennifer~~ | ~~1.5~~ | ~~Editing of memo on excessive bail and fines~~ | ~~$0.00~~ |
| 6/30/2005 | Huitema, David | 0.3 | Call with Ms. Staudenmeier at homeless clinic regarding abuse of post & forfeit with the homeless | $97.50 |
| 7/1/2005 | Yeh, Jennifer | 6 | Draft Memo re: excessive bail and fines theories | $1,110.00 |
| 7/1/2005 | Huitema, David | 0.4 | E-mail Ms. J. Yeh (.1); work on post and forfeit relief (.3) | $130.00 |

Ricks v. Barnes

Goodwin Procter Time Records and Expenses

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 7/6/2005 | Huitema, David | 0.1 | $32.50 | Call to Mr. Ricks |
| 7/13/2005 | Huitema, David | 1.3 | $422.50 | Revise complaint and forward to Mr. Moustakas |
| 7/19/2005 | Moustakas, John | 1.2 | $546.00 | Review and edit redrafted complaint (.6); office conference with Mr. Huitema regarding same (.6) |
| 7/19/2005 | Huitema, David | 0.7 | $227.50 | Discuss complaint with Mr. Moustakas (.6), e-mail Mr. Mulhauser (.1) |
| 7/20/2005 | Huitema, David | 1 | $325.00 | Revise complaint (.8); call with Mr. Lafayette Ricks (.2) |
| 7/21/2005 | Huitema, David | 0.5 | $162.50 | Review complaint and send to Mr. Mulhauser |
| 7/26/2005 | Huitema, David | 0.1 | $32.50 | Review Mulhauser e-mail with suggestions for complaint |
| 8/3/2005 | Huitema, David | 0.4 | $130.00 | Review and redact Yeh memorandum on 8th Amendment (.3); e-mail Mulhauser re: ACLU review of draft complaint.1) |
| 8/8/2005 | Huitema, David | 0.1 | $32.50 | Discussion with Mr. Moustakas about Spitzer comments |
| 8/17/2005 | Huitema, David | 1.3 | $422.50 | Conference call with Ms. Mulhauser and Mr. Moustakas (1.1); finalize complaint (.2) |
| 8/17/2005 | Moustakas, John | 1.1 | $500.50 | Review ACLU comments on draft complaint and discuss with Mr. Huitema (.1); teleconference with ACLU counsel (1.0) |
| 8/18/2005 | Huitema, David | 1.1 | $357.50 | Conference call and meeting with Mr. Ricks to review complaint |
| 8/26/2005 | Huitema, David | 0.4 | $54.00 | Prepare paperwork for filing complaint *note: billed at paralegal rate for administrative task |
| 8/30/2005 | Huitema, David | 0.2 | $27.00 | Prepare filing papers *note: billed at paralegal rate for administrative task |
| 8/31/2005 | ~~Huitema, David~~ | ~~2~~ | ~~$0.00~~ | ~~Prepare filing papers~~ |
| 9/1/2005 | Huitema, David | 0.2 | $27.00 | Make pdf of complaint *note: billed at paralegal rate for administrative task |
| 9/1/2005 | ~~Huitema, David~~ | ~~1~~ | ~~$0.00~~ | ~~Make arrangments to file complaint~~ |
| 9/1/2005 | ~~Clayton, Scott~~ | ~~1.5~~ | ~~$0.00~~ | ~~Attempt to file complaint at the Federal District courthouse~~ |
| 9/2/2005 | Huitema, David | 0.4 | $54.00 | Prepare package with complaint for Scott Clayton to file *note: billed at paralegal rate for administrative task |
| 9/2/2005 | Clayton, Scott | 1.4 | $189.00 | File complaint at the Federal District for Mr. Huitema |
| 9/6/2005 | Huitema, David | 0.5 | $162.50 | Arrange for service of complaint |
| 9/8/2005 | Huitema, David | 0.3 | $97.50 | Conference call with process server |

**Ricks v. Barnes**

**Goodwin Procter Time Records and Expenses**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/29/2005 | Moustakas, John | Review District filing (.3); telephone conference with opposing counsel re: motion to extend deadline and false assertions therein (.3); telephone conference with Mr. Huitema (.2); attempt to verify allegations regarding efforts to obtain consent (.6); telephone conferences with telecommunications department regarding tracing call (.4); telephone conference with co-counsel, Art Spitzer (ACLU) (.2) | 2 | $910.00 |
| 9/29/2005 | Huitema, David | Confer with Mr. Moustakas (.2) and draft response to motion for continuance (2.8) | 3 | $975.00 |
| 10/5/2005 | Moustakas, John | Review and edit response to defendant's motion for an extension (2.5); correct and edit response (.4) | 2.9 | $1,377.50 |
| 10/5/2005 | Huitema, David | Finalize and file response to motion for an extension | 2.3 | $839.50 |
| 10/7/2005 | Moustakas, John | Office conference with Mr. Huitema regarding filing praecipe attaching court's admonition to DC counsel in Heard case (.3); review praecipe (.2) | 0.5 | $237.50 |
| 10/7/2005 | Huitema, David | Confer with Mr. Moustakas regarding filing of Heard admonition (.3); prepare and file praecipe attaching Heard admonition against OAG office (.7) | 1 | $365.00 |
| 10/18/2005 | Moustakas, John | Read District Court's Order regarding enlargement motion (.1); confer with ACLU co-counsel by e-mail regarding same (.2) | 0.3 | $142.50 |
| 10/31/2005 | Huitema, David | Draft opposition to motion to dismiss | 6 | $2,190.00 |
| 11/1/2005 | Huitema, David | Draft opposition to motion to dismiss | 5.5 | $2,007.50 |
| 11/2/2005 | Huitema, David | Finalize draft opposition (6.7) and e-mail Fritz Mulhauser (.1) | 6.8 | $2,482.00 |
| 11/2/2005 | Huitema, David | Call City Paper reporter | 0.2 | $0.00 |
| 11/3/2005 | Huitema, David | Interview with Mr. Jameson | 1 | $0.00 |
| 11/3/2005 | Huitema, David | Work on opposition to motion to dismiss | 1.5 | $547.50 |
| 11/4/2005 | Moustakas, John | Office conference with Mr. Huitema regarding filing praecipe regarding certificate of service and potential footnote in brief regarding misleading nature of motion for enlargement of time (.2); review motion to dismiss (.4) and Mr. Huitema's draft opposition (1.6) | 2.2 | $1,045.00 |
| 11/4/2005 | Huitema, David | Research 5th & 8th Am. Issue (6.3); review Mr. Moustakas's edits to draft opposition (.5); confer with Mr. Moustakas regarding same (.2) | 7 | $2,555.00 |
| 11/7/2005 | Adams, Susan | Cite-check opposition to motion to dismiss (1.6); meet with Mr. Huitema to review cite-check (.3) | 1.9 | $0.00 |
| 11/7/2005 | Huitema, David | Revise opposition to motion to dismiss (5.5); supervise cite check (.6); meet with Ms. Adams to review completed cite-check (.3) | 6.4 | $2,336.00 |
| 11/7/2005 | Huitema, David | Meet with Mr. Ricks and Mr. Jameson | 1 | $0.00 |

**Ricks v. Barnes**

**Goodwin Procter Time Records and Expenses**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/7/2005 | Gordon, Gwen | Cite-check Plaintiff's Opposition to Defendants' Motion to Dismiss | 1.9 | $0.00 |
| 11/8/2005 | Gordon, Gwen | Meet with Mr. Huitema to discuss changes to Plaintiff's opposition to Defendants' Motion to Dismiss | 0.1 | $0.00 |
| 11/8/2005 | Huitema, David | Additional cite-check issues with Ms. Gordon (.1); revise, finalize and file Opposition to Motion to Dismiss with written input from Mr. Spitzer (6.6) | 6.7 | $2,445.50 |
| 11/8/2005 | Huitema, David | Conference call with Mr. Jameson | 0.3 | $0.00 |
| 11/9/2005 | Huitema, David | Draft proof of service and praecipe (1.7); call with Mr. Ricks (.3) | 2 | $730.00 |
| 11/10/2005 | Huitema, David | Review City Paper article on post and forfeit | 0.8 | $0.00 |
| 11/14/2005 | Huitema, David | Review draft and leave message with Mr. Moustakas on next filing / proof of service | 0.2 | $73.00 |
| 11/18/2005 | Huitema, David | Revise and file proof of service | 1.3 | $474.50 |
| 12/5/2005 | Huitema, David | Review offer of judgment and R.68 (.4); discuss with Mr. Moustakas (.4) | 0.8 | $292.00 |
| 12/5/2005 | Moustakas, John | Discuss offer of judgment with Mr. Huitema | 0.4 | $190.00 |
| 12/6/2005 | Huitema, David | Arrange time for conference call (.2); discuss offer of judgment with Mr. Moustakas and with ACLU (.7) | 0.9 | $328.50 |
| 12/6/2005 | Moustakas, John | Discuss offer of judgment with co-counsel and possibility of seeking injunctive relief regarding post and forfeit | 0.7 | $332.50 |
| 12/8/2005 | Huitema, David | Meet with Mr. Ricks to discuss offer of judgment | 0.8 | $292.00 |
| 12/9/2005 | Huitema, David | E-mail ACLU regarding meeting with Mr. Ricks and offer of judgment | 0.2 | $73.00 |
| 12/12/2005 | Huitema, David | Conference call with Mr. Ricks | 0.2 | $73.00 |
| 12/15/2005 | Huitema, David | Draft and serve notice that we will accept offer of judgment | 2 | $730.00 |
| 12/19/2005 | Huitema, David | Review rules on entry of judgment and fee petitions (.3); call ACLU regarding their fees (.1) | 0.4 | $146.00 |
| 12/22/2005 | Huitema, David | Correspond with ACLU about including their time in fee submission | 0.4 | $146.00 |
| 1/3/2006 | Huitema, David | Draft request for entry of judgment | 1.8 | $657.00 |
| 1/3/2006 | Moustakas, John | Review Mr. Huitema's proposed response to Offer of Judgment for filing with Court and make comments thereon (.7); request Mr. Chud to send Heard materials to assist Mr. Huitema more efficiently prepare fee petition (.1) | 0.8 | $380.00 |
| 1/10/2006 | Huitema, David | Obtain Heard fee petition | 0.1 | $36.50 |
| 1/11/2006 | Huitema, David | Begin work on fee petition | 1.5 | $547.50 |
| 1/12/2006 | Legal Research Spe | Determine if National Law Journal published attorney billing rate survey during 2005 and obtain same for Mr. Huitema | 0.5 | $132.50 |
| 1/12/2006 | Huitema, David | Draft fee petition | 4 | $1,460.00 |
| 1/13/2006 | Huitema, David | Telephone conference with Ms. McQuinn regarding attorney fees | 0.1 | $36.50 |

Ricks v. Barnes

Goodwin Procter Time Records and Expenses

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 1/16/2006 | Huitema, David | 2.3 | Draft letter to Ms. McQuinn regarding settlement of facts | $839.50 |
| 1/17/2006 | Huitema, David | 1.6 | Research ability to collect "fees on fees" (.8); finalize and fax letter to Ms. McQuinn (.8) | $584.00 |
| 1/20/2006 | Huitema, David | 0.2 | Conference call to Ms. McQuinn regarding attorneys fees and costs | $73.00 |
| 1/24/2006 | Huitema, David | 0.1 | Conference call with Ms. McQuinn regarding setting up conference to discuss fees | $36.50 |
| 1/27/2006 | Huitema, David | 0.2 | Conference call with Ms. McQuinn regarding attorneys' fees | $73.00 |
| 1/31/2006 | Moustakas, John | 0.3 | Discuss Section 1988 issues with Mr. Huitema, including briefing on status of negotiations of fees with U. McQuinn and request for meeting with same | $142.50 |
| 1/31/2006 | Huitema, David | 2.5 | Place call and draft letter to Ms. McQuinn regarding attorney fees (2.); e-mail to Mr. Spitzer regarding ACLU billing records (.2); confer with Mr. Moustakas re: 1988 issues (.3) | $912.50 |
| 2/2/2006 | Huitema, David | 1.3 | Review District's filing and draft insert for letter to Ms. McQuinn | $474.50 |
| 2/2/2006 | Moustakas, John | 2.8 | Review prior history around false assertions concerning motion for extension (2.0); begin draft letter to opposing counsel (.8) | $1,330.00 |
| 2/3/2006 | Huitema, David | 0.3 | Discuss revised response to District's filing notice of acceptance with Mr. Moustakas (.3) | $109.50 |
| 2/3/2006 | ~~Huitema, David~~ | 2.3 | ~~Review Mr. Moustakas' draft letter to Ms. McQuinn and redraft following consultation with ACLU (2.3)~~ | $0.00 |
| 2/3/2006 | Moustakas, John | 1.6 | Discussion with Mr. Huitema regarding McQuinn letter (.3); telephone conference with Mr. Spitzer regarding same (.4); review Huitema edits (.2); further edits (.6); e-mail to Mr. Spitzer regarding latest edits (.1) | $1,377.50 |
| 2/3/2006 | ~~Moustakas, John~~ | ~~1.3~~ | ~~Continued work on letter to opposing counsel (1.3)~~ | $0.00 |
| 2/6/2006 | Huitema, David | 0.1 | E-mail Mr. Mulhauser regarding need for ACLU time records | $36.50 |
| 2/6/2006 | Moustakas, John | 1.8 | Complete and edit McQuinn letter re: filing Notice of Acceptance over Mr. Ricks's objection | $855.00 |
| 2/10/2006 | Huitema, David | 0.3 | Review time records | $109.50 |
| 2/13/2006 | Huitema, David | 1.5 | Review time records | $547.50 |
| 2/15/2006 | Huitema, David | 2.3 | Research legal issues relevant to fee petition | $839.50 |
| 2/18/2006 | Huitema, David | 3.5 | Draft fee petition | $1,277.50 |
| 2/20/2006 | Huitema, David | 2.7 | Draft fee petition | $985.50 |
| 2/21/2006 | Huitema, David | 6.7 | Draft fee petition and collect exhibits | $2,445.50 |
| 2/22/2006 | Huitema, David | 0.8 | Draft declarations for fee petition | $292.00 |

Ricks v. Barnes                Goodwin Procter Time Records and Expenses

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 2/23/2006 | Huitema, David | 3.2 | Discuss fee petition with Mr. Moustakas (.4); join call with Mr. Mulhauser regarding Kavanaugh Matrix (.2); work on declarations and billing records exhibit (2.6) | $1,168.00 |
| 2/23/2006 | Moustakas, John | 2.6 | Meet with Mr. Huitema on status of fee petition (.4); call Mr. Mulhauser re: ACLU hourly rate (.2); edit draft fee petition (2.0) | $1,235.00 |
| 2/24/2006 | Huitema, David | 4.3 | Phone call to Mr. Ricks (.1); meet with Mr. Moustakas to review draft fee petition and billing records (1.0); work on declarations (1.2); revise fee petition (2.0) | $1,569.50 |
| 2/24/2006 | Moustakas, John | 1.8 | Review time records (.8); meet with Mr. Huitema to review edits to draft and remaining work on fee petition (1.0) | $855.00 |
| Total: | | 243.5 | | $71,899.50 |

# Goodwin Procter Time Records and Expenses

## Ricks v. Barnes

### Expenses

| Date | Amount | Narrative |
|---|---|---|
| 8/29/2005 | $250.00 | 8/29/05 Filing Fee for Complaint - D. Huitema |
| 9/7/2005 | $62.00 | Service of Process |
| 9/7/2005 | $50.00 | Service of Process for District of Columbia |
| 10/7/2005 | $424.50 | Service of Process for Officer Tommy Barnes 10/07/05 |
| Total: | $786.50 | |

Ricks v. Barnes               Goodwin Procter Time Records and Expenses

## Time Written Off in Exercise of Billing Discretion

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 5/4/2005 | Huitema, David | 0.3 | $97.50 | Process account paperwork for Ricks / check on retention language |
| 5/10/2005 | Huitema, David | 0.6 | $195.00 | Account paperwork |
| 5/11/2005 | Huitema, David | 0.3 | $97.50 | Check on retention agreement |
| 5/23/2005 | Huitema, David | 1.5 | $487.50 | Discuss ethics rules with Mr. Rich and review professional conduct rules as they relate to retention agreement with Mr. Ricks and ACLU; conference calls and e-mails to Mr. Ricks and Mr. Mulhauser |
| 6/10/2005 | Yeh, Jennifer | 1 | $185.00 | Legal research regarding excessive bail and fines |
| 6/15/2005 | Huitema, David | 1 | $325.00 | Revise retainer following e-mail from ACLU |
| 6/22/2005 | Yeh, Jennifer | 2.5 | $462.50 | Legal Research into excessive bail and fine |
| 6/23/2005 | Yeh, Jennifer | 5.5 | $1,017.50 | Legal Research, reading re: excessive bail and fines |
| 6/28/2005 | Yeh, Jennifer | 6 | $1,110.00 | memo writing, legal research on excessive bail and fines |
| 6/29/2005 | Huitema, David | 3 | $975.00 | Review post and forfeit decision and complaint to evaluate desired remedies |
| 6/30/2005 | Yeh, Jennifer | 1.5 | $277.50 | Editing of memo on excessive bail and fines |
| 8/31/2005 | Huitema, David | 2 | $650.00 | Prepare filing papers |
| 9/1/2005 | Huitema, David | 1 | $325.00 | Make arrangments to file complaint |
| 9/1/2005 | Clayton, Scott | 1.5 | $202.50 | Attempt to file complaint at the Federal District courthouse |
| 11/2/2005 | Huitema, David | 0.2 | $73.00 | Call City Paper reporter |
| 11/3/2005 | Huitema, David | 1 | $365.00 | Interview with Mr. Jameson |
| 11/7/2005 | Huitema, David | 1 | $365.00 | Meet with Mr. Ricks and Mr. Jameson |
| 11/7/2005 | Adams, Susan | 1.9 | $370.50 | Cite-check opposition to motion to dismiss (1.6); meet with Mr. Huitema to review cite-check (.3) |
| 11/7/2005 | Gordon, Gwen | 1.9 | $275.50 | Cite check Plaintiff's Opposition to Defendants' Motion to Dismiss |
| 11/8/2005 | Huitema, David | 0.3 | $109.50 | Conference call with Mr. Jameson |
| 11/8/2005 | Gordon, Gwen | 0.1 | $14.50 | Meet with Mr. Huitema to discuss changes to Plaintiff's opposition to Defendants' Motion to Dismiss |
| 11/10/2005 | Huitema, David | 0.8 | $292.00 | Review City Paper article on post and forfeit |
| 2/3/2006 | Huitema, David | 2.3 | $839.50 | Review Mr. Moustakas' draft letter to Ms. McQuinn and redraft following consultation with ACLU (2.3) |
| 2/3/2006 | Moustakas, John | 1.3 | $617.50 | Continued work on letter to opposing counsel (1.3) |
| Total: | | 38.5 | $9,729.50 | |

December 22, 2005

To:     File
From:   Jessica Langley, Paralegal
Re:     Time Spent on Lafayette Ricks Case

| Date | Description | Time |
|---|---|---|
| 9/10/04 | Received client's request for assistance, spoke to Mr. Mulhauser about investigation plan. | 0:15 |
| 10/4/04 | Called homeless shelter in attempt to get in touch with client. Left message | 0:05 |
| 10/7/04 | Called homeless shelter in attempt to get in touch with client. Left message | 0:05 |
| 10/12/04 | Travel to homeless shelter (and return) in attempt to meet client, left him handwritten note | 1:45 |
| 10/18/04 | Received phone call from client. Set up time to meet in person. | 0:25 |
| 10/21/04 | Met with client and Mr. Zisser to discuss facts related to case. | 2:00 |
| 10/21/04 | Went with Mr. Zisser to Dunbar Park to investigate location of arrest. Met witness to arrest and interviewed him. | 3:00 |
| 10/21/04 | Review with Mr. Mulhauser and Mr. Zisser our meeting with client and investigation at Dunbar Park. | 0:30 |
| 10/22/04 | Drafting notes of 10/21/05 meeting and investigation. | 1:00 |
| 10/27/04 | Travel to Third District Metropolitan Police Station (and return) in search of arrest report. Was told that there was no narrative record of client's arrest. | 1:25 |
| 10/27/04 | Met with Mr. Mulhauser to discuss trip to MPD 3D Station and further investigation strategies. | 0:30 |
| 10/27/04 | Called client to report lack of arrest report. | 0:15 |
| 11/21/04 | Travel to New Covenant Evangelistic Center in N.E. Washington (and return) to talk with reverend's wife, Ms. Betty Newell, who was involved with clothing give-away in park immediately before client's arrest. | 2:00 |
| 11/22/04 | Discussed Ms. Newell meeting with Mr. Mulhauser. | 0:15 |
| 11/22/04 | Wrote note thanking Ms. Newell for our meeting. | 0:10 |
| 11/22/04 | Drafting notes from Newell meeting | 0:40 |
| 12/03/04 | Draft FOIA request to OCCR for records on Officer Barnes. Discuss draft with Mr. Mulhauser | 1:15 |
| 12/14/04 | Prepare case file and summary memo. Discuss with Mr. Mulhauser | 2:15 |

| | |
|---|---|
| 12/16/04- Telephone call to discuss acceptance of case with client. | 0:10 |
| 01/04/05- Review records released under FOIA by OCCR. | 0:30 |
| 04/04/05- Meet with client, Mr. Zisser, Mr. Mulhauser about case strategy | 1:20 |
| 04/15/05- Review OCCR annual report and discuss client's case with Mr. Mulhauser | 0:15 |
| 05/12/05- Duplicate file. Meet client, Mr. Huitema, and Mr. Mulhauser to review case facts and strategy | 2:00 |
| 6/07/05- Review draft complaint | 1:30 |

Total Time on Ricks' Case: 23 hours

TraxTime report for Fritz Mulhauser

Fri., 10-Sep-04 - Ricks - Total: 0:20
Review client request; docket in system; formulate investigation plans for Ms. Langley.

Thu., 21-Oct-04 - Ricks - Total: 0:30
Review with Ms. Langley and Mr. Zisser findings of their investigation at Dunbar Park, site of Ricks' arrest.

Mon., 22-Nov-04 - Ricks - Total: 0:15
Review with Ms. Langley findings of her investigation on Sunday at church near park where Mr. Ricks was arrested.

Fri., 03-Dec-04 - Ricks - Total: 0:30
Review and edit draft FOIA request by Ms. Langley for complaint records held at OCCR concerning officers in case

Tue., 14-Dec-04 - Ricks - Total: 1:30
Review complete file; review and edit draft of case memo by Ms. Langley to go to volunteer attorneys.

Thu., 30-Dec-04 - Ricks - Total: 0:30
Review misconduct complaints against ofcr Tommy Barnes, defendant in this case, released after our FOIA request to OCCR.

Mon., 04-Apr-05 - Ricks - Total: 2:30
Review file to prepare for client meeting; draft retainer; discuss fee issues with Mr. Spitzer; meet client for first time to review facts and discuss case strategy.

Wed., 06-Apr-05 - Ricks - Total: 1:00
Brief Mr. Zisser on developments in case; orient him to prior 42 USC 1983 police misconduct complaints in our files in preparation for his assignment of first draft complaint.

Wed., 13-Apr-05 - Ricks - Total: 0:30
Calls to ministers and staff in churches in area of park where Ricks was arrested, to track down witness Mr. James Fedison, homeless but regular churchgoer or shelter user at Baptist church in area.

Fri., 06-May-05 - Ricks - Total: 0:06
Email Mr. Huitema on client details in preparation for first

meeting.

Mon., 09-May-05 - Ricks - Total: 0:15
    Email with Mr. Huitema on history of work so far on case., options for filing, and arranging meeting with client

Thu., 12-May-05 - Ricks - Total: 2:00
    Arrange for file duplication to give to Mr. Huitema. Revise retainer agreement, discuss details with Mr.Spitzer. Chair initial meeting of client, Ms. Langley and Mr. Huitema, to review case facts and next steps. Send redrafted retainer to Mr. Huitema.

Mon., 16-May-05 - Ricks - Total: 0:30
    Gather examples of 42 USC 1983 police misconduct complaints, and draft by Mr. Zisser, send to Mr. Huitema.

Mon., 23-May-05 - Ricks - Total: 0:30
    Conference call and email with Mr. Huitema on firm ethics and retainer issues.

Tue., 07-Jun-05 - Ricks - Total: 0:12
    Email to Mr. Huitema on delay in comments on draft complaint.

Mon., 20-Jun-05 - Ricks - Total: 0:10
    Email Mr. Huitema re: meeting to review new draft complaint.

Thu., 23-Jun-05 - Ricks - Total: 2:30
    Travel to firm office (and return); meet with Mr. Spitzer and Mr. Huitema on issues in new draft complaint. Research and write followup Email to Mr. Huitema on issues in draft complaint identified in meeting earlier that day.

Fri., 15-Jul-05 - Ricks - Total: 0:12
    Email Mr. Huitema because client called our office with questions.

Tue., 19-Jul-05 - Ricks - Total: 0:15
    Email Mr. Huitema on information from client's latest telephone call.

Fri., 29-Jul-05 - Ricks - Total: 0:15
    Exchange Emails with Mr. Huitema on progress with draft complaint, final comments from us and schedule for filing.

Thu., 04-Aug-05 - Ricks - Total: 0:30

    Review further revisions to complaint.

Wed., 17-Aug-05 - Ricks - Total: 1:00
    Conference call on draft complaint with Mr. Huitema and Mr. Moustakas.

Tue., 13-Sep-05 - Ricks - Total: 0:06
    Email Mr. Huitema on status of court filing.

Wed., 14-Sep-05 - Ricks - Total: 0:30
    Research and write email to Mr. Huitema on proper service of process in DC.

Fri., 21-Oct-05 - Ricks - Total: 0:30
    Email Mr. Huitema with case research on predicate for punitive damages claim.

Mon., 31-Oct-05 - Ricks - Total: 0:12
    Email Mr. Huitema on OCCR report as important source of data to document MPD disorderly conduct arrests.

Wed., 02-Nov-05 - Ricks - Total: 0:06
    Email Mr. Huitema on bringing publc attention to need for change in policy concerning overuse of disordelry arrests and harassment of homeless.

Tue., 06-Dec-05 - Ricks - Total: 0:12
    Email Mr. Huitema to arrange discussion of offer of judgment just received.

Fri., 09-Dec-05 - Ricks - Total: 0:12
    Email Mr. Huitema with suggestion of proposed settlement condition that client be afforded confernce with MPD General Counsel Terry Ryan.

Thu., 22-Dec-05 - Ricks - Total: 1:00
    Review time data, consult with Ms. Langley and Mr. Spitzer on their time data, prepare summary Email for Mr. Huitema on ACLU time charges generally.

Tue., 07-Feb-06 - Ricks - Total: 1:00
    Final review of time data, prepare and send detailed record to Mr. Huitema.

==================================================================

The Total Of Each Project Since First Recorded Until Now
    19:48  Ricks
    19:48  Total

## Arthur Spitzer time on Ricks v. Barnes

2005

| Date | Description | Hours |
|---|---|---|
| June 1 | teleconferece w/John Moustakas & David Huitema re: post & forfeit as a problem - | 0.2 |
| June 21 | review latest draft Ricks complaint; add thoughts & edits, email to team - | 0.8 |
| June 23 | meet w/ David Huitema and Fritz Mulhauser at Goodwin Proctor re: draft complaint & strategy issues - | 2.0 |
| Aug 3 | Ricks - review draft complaint send edits - | 0.5 |
| Aug 4 | review Fritz Mulhauser comments on Ricks complaint, send joint comments to Huitema & Moustakas - | 0.5 |
| Sep 29 | teleconferece w/ Moustakas re: conduct by AAG in Ricks - | 0.2 |
| Oct 14 | teleconferece w/ Moustakas re: DC filing in Ricks. | 0.2 |
| Oct 30 | review Ricks Answer & Partial Mot Dismiss - | 0.1 |
| Nov 7 | Ricks - review draft motion to dismiss & heavy edit - | 0.6 |
| Nov 8 | review 2d draft opp dismiss in Ricks - | 0.1 |
| Dec 6 | teleconferece w/John Mosutakas & David Huitema re: offer of judgment - | 0.5 |

= 5.7 hrs