# EXHIBIT H

*To*

Plaintiff's Memorandum in Support of Motion for Award of
Attorneys' Fees and Costs

*Ricks v. Barnes, et al.*, No. 05-1756 HHK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-1756 HHK |
| ) | |
| TOMMY BARNES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF FRITZ MULHAUSER

I, Fritz Mulhauser, hereby declare as follows:

1. I am a Staff Attorney at the American Civil Liberties Union of the National Capital Area.

2. The billing record with my name that is attached to plaintiff's fee petition as Exhibit G is a chronological summary of the time I spent working on this case, based on my contemporaneous records, and showing the dates, times, and descriptions of the tasks that I performed and for which the plaintiff seeks compensation. That record is a true and accurate accounting of those facts, except that it omits small tasks and short telephone converstions that I did not bother to record.

I hereby declare, under penalty of perjury, that the foregoing is true and accurate.

Executed on February 24, 2006.

*/s/ Fritz Mulhauser*
Fritz Mulhauser (DC Bar # 455377)