# EXHIBIT I

*To*

Plaintiff's Memorandum in Support of Motion for Award of Attorneys' Fees and Costs

*Ricks v. Barnes, et al.*, No. 05-1756 HHK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAFAYETTE RICKS,  )
  )
        Plaintiff,  )
  )
v.  )  Civil Action No.: 05-1756 HHK
  )
TOMMY BARNES, et al.,  )
  )
        Defendants.  )
  )

## DECLARATION OF JESSICA LANGLEY

I, Jessica Langley, hereby declare as follows:

1. I am a Paralegal at the American Civil Liberties Union of the National Capital Area.

2. The billing record with my name that is attached to plaintiff's fee petition as Exhibit G is a chronological summary of the time I spent working on this case, based on my contemporaneous records, and showing the dates, times, and descriptions of the tasks that I performed and for which the plaintiff seeks compensation. That record is a true and accurate accounting of those facts, except that it omits small tasks and short telephone converstions that I did not bother to record.

I hereby declare, under penalty of perjury, that the foregoing is true and accurate.

Executed on February 24, 2006.

*Jessica Langley*
Jessica Langley