UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS,<br><br>       Plaintiff,<br><br>   v.<br><br>MPD OFFICER TOMMY BARNES<br>and<br>THE DISTRICT OF COLUMBIA,<br><br>       Defendants. | Civil Action 05-01756 (HHK) |

ORDER REFERRING MOTION
TO UNITED STATES MAGISTRATE JUDGE

It is this 3rd day of March, 2006, hereby

**ORDERED** that plaintiff's motion for award of attorney's fees and costs [#19], filed February 27, 2006, is referred to United States Magistrate Judge Deborah Robinson for her report and recommendation pursuant to LCvR 72.3.  Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Deborah Robinson, "DAR," in the caption next to the initials of the undersigned judge.  *See* LCvR 5.1(f).

                                                                 Henry H. Kennedy, Jr.
                                                                 United States District Judge