IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>        **Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br>        **Defendants.** | Civil Action No. 05-1756 HHK |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

Pursuant to Fed. R. Civ. P. 6(b), defendants District of Columbia and D.C. Metropolitan Police Officer Tommy Barnes hereby move for an extension of time – from March 10, 2006 to and including March 29, 2006 – for defendants to file a response to Plaintiff's Motion for an Award of Attorney's Fees and Costs Pursuant to Fed. R. Civ. P. 54(d). Please see the accompanying Memorandum of Points and Authorities in support of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

         /s/
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II

           /s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

March 10, 2006

## Certification

Pursuant to LCvR 7(m), the undersigned counsel for defendants telephoned plaintiff's counsel, David P. Huitema, on March 9, 2006, and requested consent to this motion. Mr. Huitema did not consent.

           /s/
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br>　　　　　　　　**Defendants.** | Civil Action No. 05-1756 HHK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE A
RESPONSE TO PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES
AND COSTS**

　　　Pursuant to Fed. R. Civ. P. 6(b), defendants District of Columbia and D.C. Metropolitan Police Officer Tommy Barnes move for an extension of time – from March 10, 2006 to and including March 29, 2006 -- within which the defendants are to file a response to Plaintiff's Motion for an Award of Attorney's Fees and Costs Pursuant to Fed. R. Civ. P. 54(d). The reasons for this motion are that the plaintiff's brief is quite lengthy and will require more than the usual eleven days within which to respond. The brief itself consists of 13 pages, but the entire document with exhibits is approximately 115 pages. This extension is needed also because the undersigned has to be away from the office for several days, which will further reduce the time for preparing a response. Consequently, defendants request this additional time.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　ROBERT J. SPAGNOLETTI
　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　Deputy Attorney General

3

       Civil Litigation Division

       /s/
-------------------------------
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II
General Litigation, Section II

       /s/
-------------------------------
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
 Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

March 10, 2006

4