IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>         **Plaintiff,**<br><br>         v.<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br>         **Defendants.** | Civil Action No. 05-1756<br>HHK/DAR |

### DEFENDANTS' RENEWED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

Pursuant to Fed. R. Civ. P. 6(b), defendants District of Columbia and D.C. Metropolitan Police Officer Tommy Barnes hereby file this renewed motion for an extension of time – from March 10, 2006 to and including March 29, 2006 – for defendants to file a response to Plaintiff's Motion for an Award of Attorney's Fees and Costs Pursuant to Fed. R. Civ. P. 54(d). Defendants' initial motion for an extension of time was denied without prejudice because the court stated that defendant had not complied with LCvR 7(m). Please see the accompanying Memorandum of Points and Authorities in support of this motion.

                              Respectfully submitted,

                              ROBERT J. SPAGNOLETTI
                              Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

                               /s/
                              ─────────────────────────────
                              NICOLE L. LYNCH [D.C. Bar #471953]
                              Chief, General Litigation, Section II

      /s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

March 21, 2006

## Certification

Pursuant to LCvR 7(m), on March 9, 2006, the undersigned counsel telephoned plaintiff's counsel, David P. Huitema, to gain consent to defendant's Motion for Extension of Time. On March 10, 2006, the defendant filed the initial Motion for Extension of Time. On March 16, 2006, the undersigned again telephoned plaintiff's counsel, David P. Huitema, and requested plaintiff's consent to this motion. The undersigned explained that the reasons for the requested extension were that she had to have several absences from the office for medical reasons, and that the length of the Motion for Attorney's Fees required additional time to respond. Mr. Huitema did not consent.

      /s/
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>    Plaintiff,<br><br>        v.<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br>    Defendants. | Civil Action No. 05-1756 HHK |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' RENEWED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

Pursuant to Fed. R. Civ. P. 6(b), defendants District of Columbia and D.C. Metropolitan Police Officer Tommy Barnes move for an extension of time – from March 10, 2006 to and including March 29, 2006 -- within which the defendants are to file a response to Plaintiff's Motion for an Award of Attorney's Fees and Costs Pursuant to Fed. R. Civ. P. 54(d).  The reasons for this motion are that the plaintiff's brief is quite lengthy and will require more than the usual eleven days within which to respond.  The brief itself consists of 13 pages, but the entire document with exhibits is approximately 115 pages.  This extension is needed also because the undersigned has to be away from the office for several days for medical reasons, which will further reduce the time for preparing a response.  Consequently, defendants request this additional time.

            Respectfully submitted,

            ROBERT J. SPAGNOLETTI
            Attorney General for the District of Columbia

            GEORGE C. VALENTINE
            Deputy Attorney General

3

Civil Litigation Division

_____/s/_____
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II
General Litigation, Section II

_____/s/_____
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
 Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

March 21, 2006