IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>            **Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br>            **Defendants.** | Civil Action No. 05-1756<br>HHK/DAR |

### ORDER

Upon consideration of the defendants' Renewed Motion for an Extension of Time – from March 10, 2006 to and including March 29, 2006 -- for defendants to file a response to Plaintiff's Motion for an Award of Attorney's Fees and Costs Pursuant to Fed. R. Civ. P. 54(d), any reply thereto, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED:** that the defendants' motion hereby is GRANTED; and it is

**FURTHER ORDERED:** that the date upon which defendants are to file their response to Plaintiff's Motion for an Award of Attorney's Fees and Costs Pursuant to Fed. R. Civ. P. 54(d), is March 29, 2006.

                                                                **THE HONORABLE DEBORAH A. ROBINSON**
                                                                **United States District Court Magistrate Judge**

March 21, 2006