UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS<br><br>　　　　Plaintiff,<br><br>v.<br><br>MPD OFFICER TOMMY BARNES<br>DISTRICT OF COLUMBIA<br><br>　　　　Defendants. | Civil Action No.: 05-1756<br>HHK/DAR |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR AN EXTENSION OF TIME FOR RESPONDING TO FEE PETITION**

# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH S. HEARD,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 02-296 (CKK) |

**ORDER**

The matter before the Court is the Defendant's untimely Motion for Enlargement of Time to File Opposition to Fee Petition [163], and Plaintiff's Opposition [164]. The Defendant's request is for an enlargement of time until October 14, 2005, to oppose the fee petition. Pursuant to the Court's Scheduling and Procedures Order in this case on February 17, 2004, requests for extensions of time shall be filed four business days before the expiration of the due date. In this case, the motion was filed on Friday, September 30, 2005, at 3:42 p.m.–less than four business days before the due date of Monday, October 3, 2005. Defense counsel certainly should have been able to foresee that he was incapable of completing the opposition to fee petition prior to the time when he filed his request for extension of time.

When the fee petition was filed in open court, the Court asked defense counsel how much time would be required to respond to it, taking into account vacations, work load, and any other matters that would affect the time frame. Over Plaintiff's objection, the Court granted the requested 60 days with the provision that there would be no extensions, which was confirmed in the Court's Minute Order dated August 5, 2005. Although defense counsel acknowledges that

there were to be no extensions, defense counsel lists a litany of prior commitments such as a vacation and other cases as reasons underlying the requested extension, all of which were likely to have been known at the time the due date was set. The only conclusion that the Court can reach is that the defense counsel in this case and the Attorney General's Office have little regard for court orders and deadlines.

However, the Court cannot simply rule that the fee petition is conceded and grant the full amount, as the Court is required to review it and determine its reasonableness, among other things. Having a response from the District of Columbia is important to the Court, if not to the Attorney General's Office.

Accordingly, it is this __6th__ day of October, 2005,

**ORDERED** that the Court shall grant in part and deny in part Defendant's Motion for Enlargement of Time to File Opposition to Fee Petition [163]; and it is

**FURTHER ORDERED** that the opposition shall be filed no later than Tuesday, October 11, 2005.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge