GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General

**Civil Litigation Division**
**General Litigation, Section II**



January 31, 2006

[Sent via E mail & the U.S. mail]

David P. Huitema
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

Re: *Ricks v. District of Columbia, et al.,* 05-1756

Dear Mr. Huitema:

    I am responding to your voice mail message to me earlier today. You stated that you will forward plaintiff's bill of costs for this case, but that it might take some time to do so. You understand, of course, that the only way the defendant can assess whether or not your requested fees and costs of $68, 376.00 are reasonable is for us to see the breakdown of those items. The defendant's initial assessment is that this fee is too high given the early resolution of this case at the complaint stage. The defendant must know must know the number of hours spent on the items listed and the hourly rate applied. Also, please delineate whether or not paralegals or office secretarial staff worked on particular items. Include the hourly rate applied for each person. Also, please provide the resume of the attorneys who worked on the items listed, and the hourly rate applied for each.

    Defendant intends to file notice to the court of the acceptance of the Offer of Judgment shortly as plaintiff accepted the Offer of Judgment on December 15, 2005. The court can then take any upcoming deadlines off of its hearings calendar.

    I look forward to receiving plaintiff's bill of costs and a speedy resolution of this matter. Thank you for your attention to this.

                      Sincerely,

                        Robert J. Spagnoletti
                        Attorney General for the District of Columbia

                        /s/
                   By:  Urenthea McQuinn
                      Assistant Attorney General, D.C.