IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br>　　　　　　**Defendants.** | **Civil Action No. 05-1756 HHK** |

### ORDER

Upon consideration of the Plaintiff's Motion for an Award of Attorney's Fees and Costs, Defendants' Opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED:** that the Plaintiff's Motion for an Award of Attorney's Fees and Costs hereby is GRANTED in part and DENIED in part, and it is

**FURTHER ORDERED**: that the hourly rate for plaintiff's attorney, John Moustakas is $ _____, and the hourly rate for plaintiff's attorney David Huitema is $ _____ based upon the United States Attorney's Office *Laffey* Matrix.

**FURTHER ORDERED**: that the attorney's fee award to plaintiff shall be $ _____, broken down as follows:

| | |
|---|---|
| Attorney's Fees | $ |
| Paralegal Fees | $ |
| Costs | $ |
| | _____ |
| Total | $ |

and it **FURTHER ORDERED**: that this case hereby is dismissed with prejudice.

 

**THE HONORABLE DEBORAH A. ROBINSON**
**United States District Court Magistrate Judge**

March 29, 2006