UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MPD OFFICER TOMMY BARNES )<br>)<br>*and* )<br>)<br>THE DISTRICT OF COLUMBIA )<br>)<br>Defendants. )<br>) | Civil Action No.: 05-1756 HHK |

### NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE ABOVE-NAMED COURT:

The Court will please enter the appearance of **Miriam H. Cho, Esq.** (#495136) as counsel for the Plaintiff Lafayette Ricks, in the above-captioned matter. I certify that I am admitted to practice in this court. In addition, please withdraw the appearance of **David Huitema, Esq.** (#475082) as attorney for the Plaintiff Lafayette Ricks.

Respectfully submitted,

/s/ Miriam H. Cho
John Moustakas (DC Bar # 422076)
Miriam H. Cho (DC Bar #495136)
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000
(202) 346-4444 (fax)

-2-

        Arthur B. Spitzer (DC Bar #235960)
        Frederick V. Mulhauser, (DC Bar # 455377)
        American Civil Liberties Union
          of the National Capital Area
        1400 20th St., NW, Suite 119
        Washington, DC 20036
        (202) 457-0800
        (202) 452-1868 (fax)

        Attorneys for Lafayette Ricks

Dated: October 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006, a copy of the above and foregoing has been duly served upon counsel of record by the manner indicated on the ECF Notice of Electronic Filing.

        /s/ Miriam H. Cho
        Miriam H. Cho