**Ricks v. Barnes**                    Supplemental Fee Petition -                    **Page 1 of 6**
                    **Goodwin Procter Time Records and Expenses**

| Date | Name | Amount | Hours | Narrative |
|------|------|--------|-------|-----------|
| ~~2/26/2006~~ | ~~Huitema, David~~ | ~~$949.00~~ | ~~2.6~~ | ~~Edit fee petition and Mr.[_]Moustakas' declaration~~ |
| 2/27/2006 | Gordon, Gwen | $232.00 | 1.6 | Cite check Memorandum in Support of Motion (1.3); meet with Mr. Huitema (.3) |
| ~~2/27/2006~~ | ~~Mills, Emily~~ | ~~$275.50~~ | ~~1.9~~ | ~~Cite-check Plaintiffs Memorandum in Support of Motion for Award of Attorneys Fees for Mr. Huitema~~ |
| 2/27/2006 | Moustakas, John | $2,897.50 | 6.1 | Edits to motion for attorneys fees and related materials, including brief, Moustakas Declaration, review of bills for further reductions of potentially excessive or duplicative time |
| 2/27/2006 | Huitema, David | $4,672.00 | 12.8 | Finalize and file fee petition and all declarations and exhibits, including review of cite-check (.3) and final editing (12.5) |
| 2/28/2006 | Moustakas, John | $1,045.00 | 2.2 | Office conference with Mr.[_]Huitema regarding enforcing judgment (1.2); researching DC law regarding enforcing against municipality (.3); telephone conference with Mr.[_]Spitzer regarding same (.2); read 7th Circuit case cited by Mr.[_]Spitzer (.5) |
| 2/28/2006 | Huitema, David | $438.00 | 1.2 | Meet with Mr.[_]Moustakas to discuss procedural steps to enforce judgment against District |
| ~~3/2/2006~~ | ~~Huitema, David~~ | ~~$438.00~~ | ~~1.2~~ | ~~Draft letter regarding client's judgment (.60); review time entries for Ms.[_]Brandon (.60).~~ |
| ~~3/3/2006~~ | ~~Huitema, David~~ | ~~$73.00~~ | ~~0.2~~ | ~~Telephone conference with client and car dealer regarding Mr.[_]Ricks' purchase of car~~ |
| ~~3/7/2006~~ | ~~Moustakas, John~~ | ~~$47.50~~ | ~~0.1~~ | ~~E-mail Mr.[_]Huitema regarding defendant's opposition~~ |
| 3/9/2006 | Huitema, David | $219.00 | 0.6 | Return call to Mr.[_]Ricks (.2), e-mail and conference call with Mr.[_]Moustakas regarding district's request for an extension (.2); conference call with Ms.[_]McQuinn regarding request for extension (.2) |
| 3/9/2006 | Moustakas, John | $95.00 | 0.2 | Discuss District's request for extension with Mr.[_]Huitema |

**Ricks v. Barnes**  **Supplemental Fee Petition -**  **Page 2 of 6**
**Goodwin Procter Time Records and Expenses**

| Date | Name | Amount | Hours | Description |
|------|------|--------|-------|-------------|
| 3/13/2006 | Moustakas, John | $427.50 | 0.9 | Telephone conference with Mr.[_]Huitema regarding District's motion for extension of time, request for Judge Kennedy's standard pretrial order regarding extensions of time, and ACLU's position on extension (.3); call to ACLU (.2); telephone conference with Mr.[_]Huitema regarding Local Rule 7 and Magistrate Judge Robinson's order denying without prejudice District's motion for an extension of time, discuss filing to a notice regarding plaintiff's intent to oppose (.4) |
| 3/13/2006 | Huitema, David | $109.50 | 1 | Draft notice of intent to oppose motion for extension (.20) and review magistrate's order (.10); conference calls with Mr.[_]Moustakas regarding local rules and practice pertaining to extensions (.7) |
| 3/14/2006 | Moustakas, John | $142.50 | 0.3 | Telephone conference with Mr.[_]Spitzer (left message) (.1); review Mr.[_]Huitema's notice to court regarding prospective objection and telephone conference regarding same (.2) |
| 3/14/2006 | Huitema, David | $219.00 | 0.6 | Discuss with Mr.[_]Moustakas whether to file motion following magistrate's order (.20); draft notice of intent to oppose renewed district's efforts to extend deadline for responding to fee petition (.40) |
| 3/16/2006 | Huitema, David | $182.50 | 0.5 | Telephone conferences with Mr.[_]Ricks regarding when judgment would be paid (.3) and with Ms.[_]McQuinn regarding request for extension (.2) |
| 3/21/2006 | Huitema, David | $766.50 | 2.1 | Discuss filing for immediate judgment with Mr.[_]Moustakas (.2); and draft Praecipe (1.3); review District's motion for extension and begin planning our response (.6) |
| 3/21/2006 | Moustakas, John | $475.00 | 1 | Discuss possibility of seeking default on attorneys' fees based on failure to timely oppose (.2); review District motion (.5); research relevant standards regarding default (.3) |
| 3/22/2006 | Moustakas, John | $285.00 | 0.6 | Review praecipe (.2); review Mr.[_]Huitema's draft motion (.4) |
| 3/22/2006 | Huitema, David | $1,460.00 | 4 | Draft opposition to motion for extension and send to Mr.[_]Moustakas (3.7); begin declaration in support of opposition (.3) |

**Ricks v. Barnes**

Supplemental Fee Petition -
Goodwin Procter Time Records and Expenses

Page 3 of 6

| | | | |
|---|---|---|---|
| ~~3/23/2006~~ | ~~Huitema, David~~ | ~~$766.50~~ | ~~2.1 Draft declaration for opposition to motion for extension~~ |
| 3/24/2006 | Huitema, David | $1,752.00 | 4.8 Send opposition to motion for extension to Mr.[_]Giannotto for review (.1); finalize and file opposition (4.7) |
| ~~3/24/2006~~ | ~~Giannotto, Michael~~ | ~~$572.00~~ | ~~1.1 Review and edit motion and affidavit prepared by Mr. Huitema regarding opposition to extension of date for opposition brief by DC government~~ |
| ~~3/27/2006~~ | ~~Huitema, David~~ | ~~$73.00~~ | ~~0.2 Update docket and send opposition to renewed motion for extension to Mr.[_]Moustakas~~ |
| 3/29/2006 | Huitema, David | $219.00 | 0.6 Review District's reply in support of motion for extension and magistrate's order granting extension |
| 3/30/2006 | Moustakas, John | $2,470.00 | 5.2 Read and send e-mails to Mr.[_]Spitzer regarding DC's filings (.3); telephone conference with Mr.[_]Huitema regarding strategy for responding to DC's failure to file opposition (.3); several calls to OAG attorneys seeking to get one live in order to request faxing of opposition immediately as a means for determining whether misfiling was intentional or unintentional (.3); reading draft order (.1); reviewing Laffey attachment (.2); review Defendant's reply to Plaintiff's Opposition to Defendant's Motion for an Extension of Time (.2); review Mr.[_]Ricks' Opposition for Extension of Time and attachments (.9); read Defendant's Fee Opposition and selected cases (2.5); office conference with Mr.[_]Huitema regarding strategy for responding to Opposition, including boilerplate sections unrelated to this case, but lifted from Heard Opposition (.4) |
| 3/30/2006 | Huitema, David | $730.00 | 2 Discuss District's failure to file opposition memorandum with Mr.[_]Moustakas (.30); meet with Mr.[_]Moustakas to plan reply brief (.40); review District's initial filing on 3/29 and contact clerk to find out if we were missing memorandum (.40); review District's memorandum once it was filed (.80); e-mail Ms.[_]McQuinn regarding possible settlement of fees (.1) |
| 3/31/2006 | Huitema, David | $1,642.50 | 4.5 E-mail Ms.[_]McQuinn regarding settlement of fees and payment of Mr.[_]Ricks' judgment (.20); begin drafting reply to District's fee opposition (4.3) |

**Ricks v. Barnes**                     Supplemental Fee Petition -                     **Page 4 of 6**
                              Goodwin Procter Time Records and Expenses

| Date | Name | Amount | Hours | Description |
|---|---|---|---|---|
| 4/1/2006 | ~~Huitema, David~~ | ~~$803.00~~ | ~~2.2~~ | ~~Draft fee petition reply~~ |
| 4/2/2006 | Huitema, David | $1,752.00 | 4.8 | Draft reply to District's fee petition opposition |
| 4/3/2006 | Huitema, David | $1,095.00 | 3 | Draft Ricks' fee petition reply and send to Mr.[_]Moustakas |
| 4/4/2006 | Huitema, David | $109.50 | 0.3 | Meet with Mr.[_]Moustakas to discuss changes to Ricks' fee reply |
| 4/4/2006 | Moustakas, John | $2,280.00 | 4.8 | Work on reply brief (4.5); meeting with Mr.[_]Huitema regarding revisions (.3) |
| 4/5/2006 | Moustakas, John | $95.00 | 0.2 | Telephone conference regarding revisions to hourly rates section |
| 4/5/2006 | Huitema, David | $1,460.00 | 4 | Revise Ricks' fee reply in light of Mr.[_]Moustakas' comments (3.8); call with Mr.[_]Moustakas regarding hourly rates discussion (.2) |
| 4/6/2006 | Gordon, Gwen | $362.50 | 2.5 | Proofread Plaintiff's reply in Support of Motion for Award of Attorneys' Fees and Costs; run check cite report |
| 4/6/2006 | ~~Mills, Emily~~ | ~~$536.50~~ | ~~3.7~~ | ~~Cite-check Plaintiff's Reply in Support of Motion for Award of Attorneys' Fees and Costs for Mr. Huitema~~ |
| 4/6/2006 | Legal Research Specia | $0.00 | 0.5 | Legislative research, obtain Senate Report 94-1011 for Ms.[_]Adams |
| 4/6/2006 | Moustakas, John | $1,567.50 | 3.3 | Further edits to reply brief, including running down rebuttal to D.C.'s specious attempt to pay counsel at first-year rates despite concession in recent fee litigation that lawyers in civil rights litigation are entitled to credit for years out of law school (2.8); review ACLU's comments and discuss with Mr.[_]Huitema (.5) |
| 4/6/2006 | ~~Adams, Susan~~ | ~~$819.00~~ | ~~4.2~~ | ~~Cite-check fee petition reply brief; meet with Mr.[_]Huitema; meet with Mr.[_]Moustakas~~ |
| 4/6/2006 | Huitema, David | $1,533.00 | 4.2 | Discuss ACLU's edits to fee reply with Mr.[_]Moustakas (.5); incorporate final changes to brief and file (3.7) |
| 4/14/2006 | Huitema, David | $109.50 | 0.3 | Contact Mr.[_]Ricks to confirm his phone number change (.1); contact Ms.[_]McQuinn regarding payment of Mr.[_]Ricks' judgment (.2) |
| 4/27/2006 | Huitema, David | $1,277.50 | 3.5 | Draft supplement fee petition and prepare accompanying declaration and time report. |
| | **Total** | **$37,474.00** | **103.7** | |
| | **Total Fee Request** | | | |

**Ricks v. Barnes**　　　　　　　　　　　Supplemental Fee Petition -　　　　　　　　　**Page 5 of 6**
　　　　　　　　　　　　　　　Goodwin Procter Time Records and Expenses

**Time Written Off In Exercise of Billing Discretion**

| | | | | |
|---|---|---|---|---|
| 2/26/2006 | Huitema, David | $949.00 | 2.6 | Edit fee petition and Mr.[_]Moustakas' declaration |
| 2/27/2006 | Mills, Emily | $275.50 | 1.9 | Cite-check Plaintiffs Memorandum in Support of Motion for Award of Attorneys Fees for Mr. Huitema |
| 3/2/2006 | Huitema, David | $438.00 | 1.2 | Draft letter regarding client's judgment (.60); review time entries for Ms.[_]Brandon (.60). |
| 3/3/2006 | Huitema, David | $73.00 | 0.2 | Telephone conference with client and car dealer regarding Mr.[_]Ricks' purchase of car |
| 3/7/2006 | Moustakas, John | $47.50 | 0.1 | E-mail Mr.[_]Huitema regarding defendant's opposition |
| 3/23/2006 | Huitema, David | $766.50 | 2.1 | Draft declaration for opposition to motion for extension |
| 3/24/2006 | Giannotto, Michael | $572.00 | 1.1 | Review and edit motion and affidavit prepared by Mr. Huitema regarding opposition to extension of date for opposition brief by DC government |
| 3/27/2006 | Huitema, David | $73.00 | 0.2 | Update docket and send opposition to renewed motion for extension to Mr.[_]Moustakas |
| 4/1/2006 | Huitema, David | $803.00 | 2.2 | Draft fee petition reply |
| 4/6/2006 | Mills, Emily | $536.50 | 3.7 | Cite-check Plaintiff's Reply in Support of Motion for Award of Attorneys' Fees and Costs for Mr. Huitema |
| 4/6/2006 | Adams, Susan | $819.00 | 4.2 | Cite-check fee petition reply brief; meet with Mr.[_]Huitema; meet with Mr.[_]Moustakas |
| | **Total** | **$5,353.00** | **19.5** | |

**Ricks v. Barnes**                    **Supplemental Fee Petition -**                    **Page 6 of 6**
**Goodwin Procter Time Records and Expenses**

| Date | Name | Amount | Hours | Narrative |
|------|------|--------|-------|-----------|
| 2/28/2006 | Arthur Spitzer | $356.40 | 0.6 | Teleconference with Moustakas and Huitema re: collecting Ricks' judgment (.2); research re: same and e-mail to team (.4) |
| 4/6/2006 | Arthur Spitzer | $594.00 | 1 | Review draft reply re: fees in Ricks and send edits/comments to team |
| | **Total** | **$950.40** | **1.6** | |

**Ricks v. Barnes**

**Supplemental Fee Petition**
**Goodwin Procter Time Records and Expenses**

| Date | Name | Value of Time Recorded | Value of Time Charged to DC | Orig. Hours | Charged Hours | Narrative |
|------|------|------|------|------|------|-----------|
| ~~4/28/2006~~ | ~~Cho, Miriam~~ | ~~$108.00~~ | ~~$108.00~~ | ~~0.4~~ | | ~~Office conference with Messrs.[_]Huitema and Ricks regarding status of case~~ |
| 4/28/2006 | Huitema, David | $401.50 | $255.50 | 1.1 | 0.7 | Meet with Mr.[_]Ricks and sign W-9 (.7); ~~transition case to Ms.[_]Cho~~ |
| ~~5/1/2006~~ | ~~Cho, Miriam~~ | ~~$54.00~~ | ~~$54.00~~ | ~~0.2~~ | | ~~Review Mr.[_]Ricks' file~~ |
| 5/3/2006 | Cho, Miriam | $216.00 | $216.00 | 0.8 | 0.8 | Conference with Mr.[_]Monstaskas regarding status of case and pending tasks; telephone conference with Ms.[_]McQuinn to obtain release for settlement; telephone conference with Mr.[_]Ricks to inform him of same |
| ~~5/4/2006~~ | ~~Cho, Miriam~~ | ~~$270.00~~ | ~~$270.00~~ | ~~1~~ | | ~~Draft substitution of counsel; send in application for ECF filing; set up appointment with Mr.[_]Ricks to execute release~~ |
| 5/5/2006 | Cho, Miriam | $324.00 | $135.00 | 1.2 | 0.5 | Meet with Mr.[_]Ricks to execute release; send release and W-9 to Mr.[_]Ricks and Ms.[_]McQuinn |
| 5/11/2006 | Cho, Miriam | $27.00 | $27.00 | 0.1 | 0.1 | E-mail Ms.[_]McQuinn to determine status of settlement check |
| 5/17/2006 | Cho, Miriam | $54.00 | $54.00 | 0.2 | 0.2 | Check up on status of settlement check; inform Messrs.[_]Ricks and Moustakas regarding same |
| 5/17/2006 | Moustakas, John | $95.00 | $71.40 | 0.2 | 0.2 | E-mail correspondence with Ms.[_]Cho regarding status of release and payment to client; notes to file regarding same |
| 5/30/2006 | Cho, Miriam | $81.00 | $81.00 | 0.3 | 0.3 | Determine status of settlement check |
| ~~6/1/2006~~ | ~~Cho, Miriam~~ | ~~$108.00~~ | ~~$108.00~~ | ~~0.4~~ | | ~~Determine when DC fiscal year begins and timing of settlement proceeds thereafter; leave messages for Mr.[_]Ricks regarding same~~ |
| 6/2/2006 | Cho, Miriam | $135.00 | $81.00 | 0.5 | 0.3 | Telephone conference with Mr.[_]Ricks regarding status of case ~~(.3); telephone conference with Mr.[_]Aldock explaining same (.2)~~ |
| 6/5/2006 | Cho, Miriam | $351.00 | $351.00 | 1.3 | 1.3 | Research regarding enforcement of settlement agreement/judgment ~~attaching assets of the government and damages for breach of settlement agreement~~ |
| 6/6/2006 | Cho, Miriam | $243.00 | $243.00 | 0.9 | 0.9 | Continued research regarding enforcement of settlement agreements/judgment |
| 6/6/2006 | Moustakas, John | $570.00 | $570.00 | 1.2 | 1.2 | Call from client; teleconference and e-mail with Ms.[_]Cho regarding client's grievance regarding depletion of District's Judgment Fund; discuss research to be done ~~from Ms.[_]Cho to do~~ |
| 6/7/2006 | Cho, Miriam | $243.00 | $243.00 | 0.9 | 0.9 | Conduct research regarding attachment of assets ~~attaching assets of the government~~ |
| 6/8/2006 | Cho, Miriam | $1,539.00 | $945.00 | 5.7 | 3.5 | Research regarding whether consequential damages appropriate and whether likely to be awarded pre-judgment interest in light of breach of settlement agreement; draft letter to Mr.[_]Ricks explaining same |
| ~~6/16/2006~~ | ~~Cho, Miriam~~ | ~~$108.00~~ | ~~$108.00~~ | ~~0.4~~ | | ~~Determine whether to send letter to Mr.[_]Ricks; leave Mr.[_]Ricks a telephone message~~ |
| 6/19/2006 | Cho, Miriam | $54.00 | $54.00 | 0.2 | 0.2 | Telephone conference with Mr.[_]Ricks regarding status of case |
| ~~6/27/2006~~ | ~~Cho, Miriam~~ | ~~$54.00~~ | ~~$54.00~~ | ~~0.2~~ | | ~~Pull documents to send to Oasis Legal Finance on behalf of Mr.[_]Ricks~~ |
| ~~6/28/2006~~ | ~~Cho, Miriam~~ | ~~$108.00~~ | ~~$108.00~~ | ~~0.4~~ | | ~~Send documents to Oasis Legal Finance; update Mr.[_]Moustakas on status of case~~ |
| ~~6/29/2006~~ | ~~Cho, Miriam~~ | ~~$27.00~~ | ~~$27.00~~ | ~~0.1~~ | | ~~Telephone conference with Oasis Legal Finance regarding status of case~~ |
| 6/30/2006 | Cho, Miriam | $162.00 | $162.00 | 0.6 | 0.6 | Office conference with Mr.[_]Moustakas regarding letter to client; revise letter to client and send same |
| | | | | | 11.7 | |

| Date | Name | | | | Description |
|---|---|---|---|---|---|
| ~~7/5/2006~~ | ~~Cho, Miriam~~ | ~~$432.00~~ | ~~$432.00~~ | ~~1.6~~ | ~~Review Oasis Legal Finance contract; draft summary of highlights regarding same; office conference with Mr.[_]Moustakas regarding same~~ |
| 7/5/2006 | Moustakas, John | $617.50 | $617.50 | 1.3 | 1.3 Office conference with Ms.[_]Cho regarding client's funding agreement and requirement that counsel make various representations (.3); office conference with Mr.[_]Rich (firm ethics officer) regarding propriety of firm advancing judgment or portion thereof against assignment of proceeds (.3); calls to bar (left message) (.1); telephone conference with Mr.[_]Mayer regarding District's default (.2); e-mails regarding proposed advancement of judgment and obtaining approval (.4) |
| 7/7/2006 | Cho, Miriam | $81.00 | $81.00 | 0.3 | 0.3 Office conference with Mr.[_]Ricks for execution of assignment of rights in connection with advance of fees made necessary by District's failure to pay judgment |
| 7/7/2006 | Moustakas, John | $2,850.00 | $1,900.00 | 6 | 4 Working on all aspects of client's request for funding including discussion with Counsel for Committee on Ethics, review of Ethics opinions, and drafting assignment of interest |
| 7/7/2006 | Moustakas, John | $902.50 | $902.50 | 1.9 | 1.9 Telephone conferences with Mr.[_]Spitzer (ACLU) regarding client's predicament (.3); office conference with Mr.[_]Rich regarding ethics reviews and follow-up (1.2); telephone conference with Mr.[_]Goelman regarding serving as independent counsel to advise client regarding propriety of assignment and advancement of fees ~~regarding assignment~~ (.4)<br><br>7.5 |
| 7/10/2006 | Cho, Miriam | $243.00 | $243.00 | 0.9 | 0.9 Telephone conference with Mr.[_]Lynch regarding assignment of rights; office conference with Mr.[_]Moustakas regarding same; research regarding post-judgment interest |
| 7/10/2006 | Moustakas, John | $190.00 | $190.00 | 0.4 | 0.4 Review e-mails regarding call with opposing counsel (.1); office conference with Ms.[_]Cho regarding same (.3) |
| ~~7/11/2006~~ | ~~Cho, Miriam~~ | ~~$27.00~~ | ~~$27.00~~ | ~~0.1~~ | ~~Research regarding post-judgment interest~~ |
| 7/17/2006 | Cho, Miriam | $729.00 | $270.00 | 2.7 | 1 Research regarding availability of post-judgment interest |
| ~~7/18/2006~~ | ~~Cho, Miriam~~ | ~~$54.00~~ | ~~$54.00~~ | ~~0.2~~ | ~~Research regarding availability of post-judgment interest~~ |
| ~~7/19/2006~~ | ~~Cho, Miriam~~ | ~~$27.00~~ | ~~$27.00~~ | ~~0.1~~ | ~~Telephone conference with Ms.[_]Lynch regarding adding Goodwin Procter to settlement check~~ |
| 7/20/2006 | Cho, Miriam | $81.00 | $81.00 | 0.3 | 0.3 Telephone conference with Ms.[_]Lynch (OAG Supervisor); draft e-mail to Mr.[_]Moustakas regarding same |
| 9/5/2006 | Moustakas, John | $237.50 | $237.50 | 0.5 | 0.5 E-mail and telephone conferences with ACLU co-counsel regarding status of fee petition and recent DC payments as evidence of DC's resumption of paying judgments |
| 9/12/2006 | Cho, Miriam | $108.00 | $54.00 | 0.4 | 0.2 Call Ms.[_]Lynch to determine why no post-judgment interest added to check; ~~arrange for Mr.[_]Ricks to come in to sign check;~~ communicate with Mr.[_]Moustakas regarding same |
| 9/12/2006 | Moustakas, John | $142.50 | $142.50 | 0.3 | 0.3 Office conference with Ms.[_]Cho regarding payment of the award and need for client to sign over check in light of prior advancement to client and need for follow-up with District regarding payment of post-judgment interest<br>3.6 |
| ~~9/14/2006~~ | ~~Cho, Miriam~~ | ~~$27.00~~ | ~~$27.00~~ | ~~0.1~~ | ~~Determine how to endorse check~~ |
| ~~9/15/2006~~ | ~~Cho, Miriam~~ | ~~$108.00~~ | ~~$108.00~~ | ~~0.4~~ | ~~Meet with Mr.[_]Ricks to get endorsement of check; arrange for deposit~~ |
| 10/6/2006 | Moustakas, John | $997.50 | $475.00 | 1.9 | 1 Telephonic hearing before Magistrate Judge Robinson regarding Fee Petition and plaintiff's supplement; set briefing schedule and review status of draft supplement (1.0) ~~(1.5); e-mails and telephone conferences with ACLU co-counsel regarding same and related issues (.4)~~ |

| 10/12/2006 | Moustakas, John | $2,612.50 | $1,900.00 | 5.5 | 4 | Work on supplemental petition; edit bills; edit draft brief to erflect latest developments; edit declaration similarly; edit petition |
| 10/13/2006 | Moustakas, John | $2,375.00 | $1,662.50 | 5 | 3.5 | Continued work on supplemental petition |
| | | | | | 8.5 | |
| | GRAND TOTALS | $18,174.50 | $12,245.40 | 48.2 | 31.3 | |