IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LAFAYETTE RICKS,**
          **Plaintiff,**

       **v.**                                **Civil Action No. 05-1756**
                                             **HHK/DAR**

**DISTRICT OF COLUMBIA, and**
**MPD OFFICER TOMMY BARNES,**
                        **Defendants.**

## ORDER

Upon consideration of the Plaintiff's Motion and Supplemental Motion for an Award of Attorney's Fees and Costs, Defendant's Opposition to both fee petitions, and the entire record herein, it is this _____ day of _____ 2006,

**ORDERED:** that the Plaintiff's Motion and Supplemental Motion for an Award of Attorney's Fees and Costs hereby is GRANTED in part and DENIED in part, and it is

**FURTHER ORDERED**: that the hourly rate for plaintiff's attorney, John Moustakas is $ _____ , and the hourly rate for plaintiff's attorney David Huitema is $ _____ based upon the United States Attorney's Office *Laffey* Matrix, and it is

**FURTHER ORDERED**: that the attorney's fee award to plaintiff shall be $ _____ , broken down as follows:

        Attorney's Fees           $
        Paralegal Fees            $
        Costs                        $
                                               _____

Total                               $

and it is **FURTHER ORDERED**: that this case, hereby, is dismissed with prejudice.

_____
**THE HONORABLE DEBORAH A. ROBINSON**
**United States District Court Magistrate Judge**

October 31, 2006