IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>    **Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br>    **Defendants.** | Civil Action No. 05-1756 HHK |

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION BY MAGISTRATE JUDGE ROBINSON

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for an extension of the time to and including May 11, 2007, within which the defendant is to file its objections to the Report and Recommendation by Magistrate Judge Robinson. Please see the accompanying Memorandum of Points and Authorities in support of this motion, and proposed Order.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

NICOLE L. LYNCH
Chief, General Litigation, Section II

/s/ Urenthea McQuinn
URENTHEA McQUINN
Assistant Attorney General
D.C. Bar #182253
441 4th Street, N.W.
Sixth Floor South

Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

April 11, 2007

## Certification

Pursuant to LCvR 7(m), on April 11, 2007, the undersigned counsel for defendants faxed to plaintiff's counsel, John Moustakis and Arthur B. Spitzer, notification that this motion would be filed.  Subsequent to that fax, the undersigned also telephoned both counsel.  There was no voice mail for Mr. Spitzer, only a message to call back. Mr. Moustakis' assistant provided his voice mail because he was on another line, and the undersigned left a detailed voice mail for him.

/s/ Urenthea McQuinn
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>            **Plaintiff,**<br><br>       **v.**<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br>            **Defendants.** | **Civil Action No. 05-1756 HHK** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION BY MAGISTRATE JUDGE ROBINSON**

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia moves for an extension of the time to and including May 11, 2007, within which the defendant is to file its objections to the Report and Recommendation of March 28, 2007 by Magistrate Judge Robinson. The reason for this motion is that the undersigned counsel is lead counsel in the case of *Carolyn Carter v. District of Columbia, et al.*, Civil Action No. 04-4651, which will proceed to trial on April 17, 2007. This employment discrimination trial is expected to last from April 11, 2007 until April 20, 2007. The undersigned counsel has been preparing for this trial, as well as handling her other cases, since she received Magistrate Robinson's opinion on March 28, 2007, and has been unable to prepare the objections to the Report and Recommendation. In addition, plaintiff's counsel will not be prejudiced by this extension of time. Defendants, therefore, respectfully request this Honorable Court to grant its motion.

                              Respectfully submitted,

                              LINDA SINGER
                              Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

NICOLE L. LYNCH
Chief, General Litigation, Section II

/s/ Urenthea McQuinn
URENTHEA McQUINN
Assistant Attorney General
D.C. Bar #182253
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

April 11, 2007