IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>　　　　　**Plaintiff,**<br><br>　　　　　**v.**<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br>　　　　　**Defendants.** | **Civil Action No. 05-1756**<br>**HHK/DAR** |

## ORDER

Upon consideration of the defendant's Motion for an Extension of Time for defendant to file its objections to the Report and Recommendation of March 28, 2007, by Magistrate Judge Robinson, any opposition thereto, and the entire record herein, it is this ___ day of _____ , 2007,

**ORDERED:** that the defendant's motion hereby is GRANTED; and it is

**FURTHER ORDERED:** that the date upon which defendant is to file its objections to the Report and Recommendation by Magistrate Judge Robinson is May 11, 2007.

　　　　　　　　　　　　　　　　　　　　**THE HONORABLE HENRY H. KENNEDY**
　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**

April 11, 2007