IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAFAYETTE RICKS,**<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA, and**<br>**MPD OFFICER TOMMY BARNES,**<br>　　　　　Defendants. | Civil Action No. 05-1756 HHK |

## DEFENDANT'S CORRECTED MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION BY MAGISTRATE JUDGE ROBINSON

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for an extension of the time to and including May 11, 2007, within which the defendant is to file its objections to the Report and Recommendation by Magistrate Judge Robinson. Please see the accompanying Memorandum of Points and Authorities in support of this motion, and proposed Order. On April 12, 2007, undersigned counsel filed this motion, but there was an inadvertent error on page 3. As such, this motion is being refiled.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　Deputy Attorney General, Civil Litigation Division

　　　　　　　　　　　　　　　　/s/ Nicole L. Lynch
　　　　　　　　　　　　　　　　NICOLE L. LYNCH
　　　　　　　　　　　　　　　　Chief, General Litigation, Section II

　　　　　　　　　　　　　　　　/s/ Urenthea McQuinn
　　　　　　　　　　　　　　　　URENTHEA McQUINN

Assistant Attorney General
D.C. Bar #182253
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

April 13, 2007

## Certification

Pursuant to LCvR 7(m), on April 11, 2007, the undersigned counsel for defendants faxed to plaintiff's counsel, John Moustakis and Arthur B. Spitzer, notification that this motion would be filed. Subsequent to that fax, the undersigned also telephoned both counsel. There was no voice mail for Mr. Spitzer, only a message to call back. Mr. Moustakis' assistant provided his voice mail because he was on another line, and the undersigned left a detailed voice mail for him.

/s/ Urenthea McQuinn
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LAFAYETTE RICKS,** | |
| Plaintiff, | |
| v. | Civil Action No. 05-1756 HHK |
| **DISTRICT OF COLUMBIA,** and **MPD OFFICER TOMMY BARNES,** | |
| Defendants. | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION BY MAGISTRATE JUDGE ROBINSON

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia moves for an extension of the time to and including May 11, 2007, within which the defendant is to file its objections to the Report and Recommendation of March 28, 2007 by Magistrate Judge Robinson. The reason for this motion is that the undersigned counsel is lead counsel in the case of *Carolyn Carter v. District of Columbia, et al.*, Civil Action No. 04-4651, which will proceed to trial on April 17, 2007. This employment discrimination trial is expected to last from April 17, 2007 until April 20, 2007.[1] The undersigned counsel has been preparing for this trial, as well as handling her other cases, since she received Magistrate Robinson's opinion on March 28, 2007, and has been unable to prepare the objections to the Report and Recommendation. The District intends to object to Magistrate Judge Robinson's Report and Recommendation for attorney's fees of $129,935.40 and costs of $786.50 inasmuch as this relatively straightforward police case settled

---

[1] After this motion was filed on April 12, 2007, the Court in *Carter v. District of Columbia,* continued the trial because plaintiff's attorney had a death in his family. Nevertheless, the undersigned counsel had spent the last two weeks extensively preparing for trial and was unable to prepare objections to the Magistrate Judge's Report and Recommendation.

3

at the Motion to Dismiss/Answer stage before any discovery occurred. Plaintiff's counsel will not be prejudiced by this extension of time. Defendants, therefore, respectfully request this Honorable Court to grant its motion.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    NICOLE L. LYNCH
    Chief, General Litigation, Section II

    /s/ Urenthea McQuinn
    URENTHEA McQUINN
    Assistant Attorney General
    D.C. Bar #182253
    441 4th Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6646
    (202) 727-0431 (Fax)
    urenthea.mcquinn@dc.gov

April 13, 2007