# NOTICE

The record shall reflect that the judicial officer who presides over this case received the following "email" communication from counsel for defendants. There is no indication that it was served on counsel for plaintiff.

The "Motion, Memorandum & Proposed Order" that is attached to the email is The Motion, Memorandum & Proposed Order that was filed by defendants on either April 12 or April 13, 2007.

**"McQuinn, Urenthea (OAG)" <urenthea.mcquinn@dc.gov>**

04/11/2007 08:28 PM

To "'HENRY F. KENNEDY (Kennedy_chambers@dcd.uscourts.gov)'" <Kennedy_chambers@dcd.uscourts.gov>

cc

Subject Ricks, Lafayette v. DC, 05-1756.

Please see the attached Motion, Memorandum & Proposed Order. I can't file this until morning because the court's web site is inaccessible right now. It shows the message: "This page cannot be displayed."