UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>MPD OFFICER TOMMY BARNES<br>and<br>THE DISTRICT OF COLUMBIA,<br><br>    Defendants. | Civil Action 05-01756 (HHK) |

## ORDER

  Defendants have filed a corrected motion for an extension of time to file objections to the report and recommendation of Magistrate Judge Robinson and plaintiff has filed an opposition thereto. Any reply to the opposition that defendants file must address whether their counsel, before filing the instant motion, made a good faith effort to determine whether there is any opposition to the relief sought as required by LCvR 7(m), a matter the court addressed in its order of October 18, 2005.

  **SO ORDERED** this 19th day of April, 2007.

_____

                       Henry H. Kennedy, Jr.
                       United States District Judge