IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS,<br>           Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, and<br>MPD OFFICER TOMMY BARNES,<br>                    Defendants. | Civil Action No. 05-1756 HHK |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE ROBINSON**

Pursuant to Fed. R. Civ. P. 6(b), on April 11, 2007 defendant District of Columbia moved for an extension of the time to and including May 11, 2007, within which the defendant was to file its objections to the Report and Recommendation by Magistrate Judge Robinson. On April 13, 2007, defendant filed a corrected copy of that motion. Plaintiff's Opposition was filed on April 17, 2007. This Court entered an Order herein on April 19, 2007.

I.     **Defendant's Counsel, in Good Faith, Attempted to Ascertain Whether Plaintiff Consented to Defendant's Motion for an Extension of Time.**

On April 11, 2007 at 2:47 p.m., the undersigned E-mailed Attorney David Huitema. See **Attachment 1**. The E-mail stated, "The District intends to file a Motion for an Extension of Time to respond to the Court's most recent Order. Does plaintiff consent?"  However, Mr. Huitema is one of plaintiff's former counsel, who is no longer employed with Goodwin-Procter. Upon return of the E-mail, which was immediate, the undersigned then telephoned plaintiff's other two counsel, John Moustakis and Arthur B. Spitzer. There was no voice mail setup for Mr. Spitzer, only a message to call back. The undersigned did get through to Mr. Moustakis' office

and apprised both the receptionist and Mr. Moustakis' assistant of why she was calling. The assistant represented that Mr. Moustakis was on another line; so, she provided Mr. Moustakis' voice mail. The undersigned left a detailed voice mail for him. Mr. Moustakis did not respond on that day, or any day, to the voice mail message. Finally, after Mr. Moustakis did not return the telephone call, although the undersigned had spoken to two persons in his office, and left a detailed voice mail for him, the undersigned sent facsimiles to Mr. Moustakis and Mr. Spitzer. The faxes were confirmed as sent. See **Attachment 2.** The undersigned counsel E-mailed a copy of the motion to chambers at **8:28** p.m. on April 11, 2007 only because the court's ECF web site had become inaccessible, and because it would make a record of the attempted filing. See **Attachment 3**. A copy was not sent to plaintiff at that time because a copy would be electronically provided to plaintiffs on the next day, when the court's web site became accessible, and the document could be filed. The undersigned filed the motion at 4:16 p.m. on the next day, April 12, 2007. Plaintiff's attorneys never responded to the undersigned counsel's telephone message or facsimile messages, which were sent on April 11, 2007. Pursuant to LCvR 7(m), the undersigned made good faith efforts to obtain plaintiff's consent to the filing of defendant's Motion for an Extension of Time, but was unsuccessful in gaining the consent of plaintiff.

II.   <u>Defendant's Motion for an Extension of Time to File a Response to the Magistrate Judge Deborah Robinson's Report Was Filed Timely.</u>

Magistrate Judge Robinson's Report and Recommendation was issued on March 28, 2007. It provided on page 17 that "within ten days after being served with a copy, either party may file written objections to this report and recommendation." Fed. R. Civ. P. 6(a)[1] provides that where a

---

[1] **Rule 6. Time**
   (a) **Computation.** In computing any period of time prescribed or allowed by these rules, by the local rules or any district court, by order of court, or by any party applicable statute, the day of the act, event, or default from

response is due in less than 11 days, Saturdays, Sundays and holidays are omitted from counting those days. Further, three days are allowed for mailing. Fed. R. Civ. P. 6(e) and 5(b)(2)(D). When counting in this proscribed manner, the last day to file a response would have fallen on April 14, 2007, a Saturday, when the court was closed; therefore, the due date for a response to the Order of March 28, 2007 became the following Monday of **April 16, 2007**. As such, contrary to plaintiff's assertion, the District timely filed its motion.

### III. It Was Impossible to Anticipate the Date on Which Magistrate Judge Robinson Would File Her Report and Recommendations.

At the time that Magistrate Judge Robinson issued her Report and Recommendations, the undersigned had spent over ten days in intense trial preparation as lead counsel in the case of *Carolyn Carter v. District of Columbia, et al.*, Civil Action No. 04-4651, which was scheduled to proceed to trial on April 17, 2007. That discrimination trial was expected to last from April 17, 2007 until April 20, 2007.[2] There was no way of predicting when Magistrate Judge Robinson would issue her Report and Recommendations, or the findings contained in the report. The trial date was still firmly set when the Report was received on March 28, 2007. The undersigned counsel had to continue preparing for this trial even after she received Magistrate Robinson's Report and Recommendations on March 28, 2007, and, thus, had been unable to prepare the objections to the

---

which the designated period of time begins to run shall not be included. The last day of the period so computed shall be included, unless it is a Saturday, a Sunday or a legal holiday, or when the act to be done is the filing of a paper in court, a day on which weather or other conditions have made the office of the clerk of the district court inaccessible, in which event the period runs until the end of the next business day which is not one of the aforementioned days. When the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays and legal holidays shall be excluded in the computation. As used in this rule and in Rule 77(c), "legal holiday includes New Year's day, Birthday of Martin Luther King, Jr., Washington's Birthday, Memorial Day, Veterans Day, Thanksgiving Day, Christmas Day, and any other day appointed by the President or the congress of the United States, or by the state in which the district court is held.

[2] After this motion was filed on April 12, 2007, the Court in *Carter v. District of Columbia* continued the trial because plaintiff's attorney had a death in his family. Nevertheless, the undersigned counsel had spent at least the last two weeks extensively preparing for trial and was unable to prepare objections to the Magistrate Judge's Report and Recommendation.

3

Report and Recommendations. Hence, the Motion for an Extension of Time to File Objections to the Report and Recommendation of March 28, 2007 was filed pursuant to Fed. R. Civ. P. 6(b).

The District intends to object to Magistrate Judge Robinson's Report and Recommendation for attorney's fees of $129,935.40 and costs of $786.50 inasmuch as this relatively straightforward police case settled at the Motion to Dismiss/Answer stage before any discovery occurred. Plaintiff's counsel will not be prejudiced by this extension of time.

### IV. Plaintiff's Opposition Does Not State a Substantive Reason for Objecting to the Extension of Time.

Plaintiff's counsel did not provide in their Opposition a substantive reason for objecting to defendant's request for a 30-day extension of time. Instead, as has been his practice, plaintiff's opposition shows his continued unprofessional behavior and general incivility. Contrary to the practice of most lawyers, who routinely grant each other brief extensions especially if counsel is preparing for trial, plaintiff's counsel opposes the request without stating a substantive reason. Plaintiff's refusal to consent to an extension is a waste of the Court's time and another example of plaintiff's counsel's unnecessary billing practice.

### Conclusion

For all of the above reasons, defendant respectfully requests this Honorable Court to grant its Motion for an Extension of Time.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Nicole L. Lynch
NICOLE L. LYNCH
Chief, General Litigation, Section II

/s/ Urenthea McQuinn
URENTHEA McQUINN
Assistant Attorney General
D.C. Bar #182253
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

April 24, 2007

# ATTACHMENT 1

## McQuinn, Urenthea (OAG)

**From:** MAILER-DAEMON@smtp44.dc.gov
**Sent:** Wednesday, April 11, 2007 2:47 PM
**To:** urenthea.mcquinn@dc.gov
**Subject:** Undelivered Mail Returned to Sender

**Attachments:** Delivery error report; Ricks, Lafayette v. DC, 05-1756. dhuitema@goodwinprocter.com



ATT169284.TXT   Ricks, Lafayette v.
(445 B)         DC, 05-175...

```
            This is the Postfix program at host smtp44.dc.gov.

I'm sorry to have to inform you that the message returned below could not be delivered to
one or more destinations.

For further assistance, please send mail to <postmaster>

If you do so, please include this problem report. You can delete your own text from the
message returned below.

                The Postfix program

<dhuitema@goodwinprocter.com>: host mail.goodwinprocter.com[66.181.94.100]
    said: 550 Mailbox unavailable or access denied -
    <dhuitema@goodwinprocter.com> (in reply to RCPT TO command)
```

1

## McQuinn, Urenthea (OAG)

**From:** McQuinn, Urenthea (OAG)
**Sent:** Wednesday, April 11, 2007 2:47 PM
**To:** 'dhuitema@goodwinprocter.com'
**Subject:** Ricks, Lafayette v. DC, 05-1756. dhuitema@goodwinprocter.com

The District intends to file a Motion for an Extension of Time to respond to the Court's most recent Order. Does plaintiff consent?

# ATTACHMENT 2

```
*************** -COMM. JOURNAL- ******************* DATE APR-11-2007 ***** TIME 16:36 ********

       MODE = MEMORY TRANSMISSION         START=APR-11 16:34    END=APR-11 16:36

          FILE NO.=374
  STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                  PAGES      DURATION
  NO.           ABBR NO.

  001    OK       s          93464444                              001/001    00:00:28
  002    OK       s          94521868                              001/001    00:00:32
```

********************************* -      - ***** -                     - *********

## FACSIMILE TRANSMITTAL

Date: 4-11-07

To: E Mulhauser    Jim Moustakas
Title:

Facsimile Number: 202-346-4444    202-452-1868
Telephone Number: 202-346-4129    202-457-0800

Agency or Firm: Goodwin Procter    Civil Lib. U.
Address:

Subject: Bicks Lafayette v. DC
Civil Action Number: 05-1756

Message: The District intends to file a Motion for Extension of Time to respond to the Magistrate Judge's Report + Recommendation. Do you consent to that motion?

Number of pages faxed (including this fax cover sheet):
From: Urenthea McQuinn
Assistant Attorney General, D.C.
General Litigation Division, Section II
441 4th Street, N.W., Sixth Floor South, Washington, D.C. 20001
Telephone Number: (202) 724-6646    or 727-0431
Facsimile Number: (202) 727-3625
urenthea.mcquinn@dc.gov

This facsimile is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

# FACSIMILE TRANSMITTAL

Date: 4-11-07

To: F. Mulhauser    Jim Moustakas

Title:

Facsimile Number: 202-346-4444    202-452-1868
Telephone Number: 202-346-4129    202-457-0800

Agency or Firm: Goodwin Procter    Civil Lib. U.
Address:

Subject: Ricks, Lafayette v. DC
Civil Action Number: 05-1756

Message: The District intends to file a Motion for Extension of Time to respond to the Magistrate Judge's Report & Recommendation. Do you consent to that motion?

Number of pages faxed (including this fax cover sheet): _____
From: Urenthea McQuinn
Assistant Attorney General, D.C.
General Litigation Division, Section II
441 4th Street, N.W., Sixth Floor South, Washington, D.C. 20001
Telephone Number: (202) 724-6646
Facsimile Number: (202) 727-3625  or 727-0431
urenthea.mcquinn@dc.gov

This facsimile is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

# ATTACHMENT 3

# NOTICE

The record shall reflect that the judicial officer who presides over this case received the following "email" communication from counsel for defendants. There is no indication that it was served on counsel for plaintiff.

The "Motion, Memorandum & Proposed Order" that is attached to the email is The Motion, Memorandum & Proposed Order that was filed by defendants on either April 12 or April 13, 2007.

"McQuinn, Urenthea (OAG)" <urenthea.mcquinn@dc.gov>

04/11/2007 08:28 PM

To "HENRY F. KENNEDY (Kennedy_chambers@dcd.uscourts.gov)" <Kennedy_chambers@dcd.uscourts.gov>

cc

Subject Ricks, Lafayette v. DC, 05-1756.

Please see the attached Motion, Memorandum & Proposed Order. I can't file this until morning because the court's web site is inaccessible right now. It shows the message: "This page cannot be displayed."