# GOODWIN | PROCTER

David P. Huitema
202.346.4129
dhuitema@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
901 New York Avenue, N.W.
Washington, D.C. 20001
T: 202.346.4000
F: 202.346.4444

January 17, 2006

**By Facsimile & Regular Mail**

Ms. Urenthea McQuinn
Assistant Attorney General
441 Fourth Street, NW, 6th floor south
Washington, DC 20001

Re: *Ricks v. Barnes & District of Columbia*, No. 05-1756 (D.D.C. 2005)

Dear Ms. McQuinn:

I am following up on our phone conversation last Friday with regard to Mr. Ricks's fees and costs. The District made an Offer of Judgment that acknowledged Mr. Ricks's entitlement to fees and costs under 42 U.S.C. § 1988, and Mr. Ricks has accepted that offer. In order to avoid the waste of time and expense litigating a fee petition, I hope that we can include an agreed-upon amount for fees and costs when requesting a judgment from the court.

Attorneys and paralegals from Goodwin Procter and the ACLU spent a total of 239 hours working on the *Ricks* case prior to the District's Offer of Judgment. This time can be put into four basic categories:

- **Factual Investigation and Development:** Approximately 41 hours were spent initiating our representation of Mr. Ricks, interviewing him to learn the facts surrounding his illegal arrest, interviewing other witnesses, investigating the Metropolitan Police Department's use of the post-and-forfeit procedure, and investigating Officer Barnes's history of abusive behavior.

- **Legal Research and Drafting Complaint:** Counsel spent approximately 137 hours researching legal theories relating to the use of post-and-forfeit and carefully drafting the complaint.

- **Litigating Defendants' Untimely Filings:** Counsel spent approximately 13 hours responding to defendants' untimely motion for an extension of the deadline for filing an answer.

GOODWIN | PROCTER

Ms. Urenthea McQuinn
January 17, 2006
Page 2

- **Opposing Motion to Dismiss:** Responding to defendants' motion to dismiss took approximately 46 hours of counsel's time.

All of these efforts were important for achieving a successful resolution of Mr. Ricks's claims, and they were carried out as efficiently as possible. The factual investigation was essential, both to ensure that Mr. Ricks had a viable case and to develop the evidence supporting his claims. To the extent possible, this work was carried out by a paralegal. A great deal of legal research and analysis was required to expand the scope of Mr. Ricks's false arrest case and add the District as a defendant by pressing a challenge to the use of post-and-forfeit. The fifth and eighth amendment claims we developed were novel, and they had to be drafted very carefully to ensure that they stated a claim without calling into question the constitutionality of post-and-forfeit in every circumstance. Plaintiff's motions practice was limited—we only responded to defendants' filings, and we achieved positive results in each instance. The Court's order on the motion for an extension of time noted that defense counsel had not abided by the local rules, and we were able to overcome the motion to dismiss.

The total fees for these efforts amount to $67,976. In addition, Goodwin Procter and the ACLU have incurred approximately $400 in costs. We would be willing to reduce that figure by 10% and accept $61,538 to resolve Mr. Ricks's claim for fees and costs.

We make this proposal in the interest of reaching a quick agreement, but if the District is unwilling to make a prompt and adequate offer, we will ask the clerk to enter judgment and proceed with our fee petition. Litigating a fee petition would, in all likelihood, result in a larger award than a negotiated resolution. Mr. Ricks may be able to recover the costs incurred pursuing the fee award, and we are confident that the court would find our petition to be reasonable.

Sincerely,

David P. Huitema

# GOODWIN | PROCTER

Goodwin Procter LLP
Counsellors at Law
901 New York Avenue, N.W.
Washington, D.C. 20001
T: 202.346.4000

## FAX TRANSMITTAL

If problems with transmittal, call fax department at 202.346.4157.

| Date | Total pages |
|---|---|
| January 17, 2006 | 3 |

| To | Company | Fax number | Telephone |
|---|---|---|---|
| Ms. Urenthea McQuinn | OAG | 202-727-0431 | 202-724-6646 |

| From | | Fax number | Telephone |
|---|---|---|---|
| David Huitema | | 202.346.4444 | |

**Message:**

Re: Ricks v. District of Columbia & MPD Officer Tommy Barnes, No. 05-1756 (D.D.C)

The information contained in this communication is intended only for the personal and confidential use of the designated recipients addressed. This message may be an attorney-client communication from an attorney at the law firm of Goodwin Procter LLP and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us at the telephone number shown above, and return the original message to us by mail. Thank you.