UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LAFAYETTE RICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MPD OFFICER TOMMY BARNES | ) | Civil Action No.: 05-1756 HHK |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendants. | ) | |

**PROOF OF SERVICE**

In accordance with Federal Rule of Civil Procedure 4(l), plaintiff hereby files the attached proofs of service.

The affidavit of service for the District of Columbia was the basis of our understanding that service was effected on September 7, 2005. Earlier in this proceeding, defendants requested an extension of the time for filing an answer, which the Court ultimately granted. In the meantime, the undersigned counsel filed a response noting, among other things, our view that defendants' request was untimely. Defendants filed a reply suggesting that our representation to the Court about the date of service was inaccurate. Because the defendants' reply called into question the undersigned counsel's integrity as officers of the court, we felt it was important to explain in the record why we represented that service on the District of Columbia occurred on September 7. That contention was made in good faith, and counsel continues to believe it is true.

The Rules of Civil Procedure dictate that service upon states and local governments, such as the District of Columbia, "shall be effected by delivering a copy of the summons and of the complaint to its chief executive officer or by serving the summons and complaint in the manner prescribed by the law of that state . . . ." Fed. R. Civ. P. 4(j)(2). Accordingly, we directed a process server to deliver the summons and complaint to the Office of the Mayor, with a courtesy

copy for the Office of the Attorney General. The affidavit of service, sworn under penalty of perjury, indicates that the mayor's office was served at 1:05 on September 7.

Defendant maintains that the Secretary of the District of Columbia date-stamped the summons and complaint on September 8.[1] Of course, the issue is not when the District of Columbia stamped or logged the papers internally, but when they were first received. In that regard, we maintain that the date and time indicated in the process server's sworn affidavit provided a good-faith basis for representing to the Court that service occurred on September 7, and we still believe that date is accurate.

Respectfully submitted,

/s/
John Moustakas (DC Bar # 422076)
David Huitema (DC Bar # 475082)
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346 – 4000
(202) 346 – 4444 (fax)

Arthur B. Spitzer (DC Bar #235960)
Frederick V. Mulhauser, (DC Bar # 455377)
American Civil Liberties Union
 of the National Capital Area
1400 20th St., NW, Suite 119
Washington, DC 20036
(202) 457-0800
(202) 452-1868 (fax)

Attorneys for Lafayette Ricks

November 18, 2005

---

[1] Defendants' Reply indicated that the date-stamped copies of the complaint were attached to the filing, but we did not receive any such attachment.

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lafayette Ricks

vs.

MPD Officer Tommy Barnes, et al.

No. 1:05CV01756

AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons, Complaint, Notice of Right To Consent To Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order and Consent to Proceed Before a United States Magistrate Judge for All Purposes in the above entitled case, hereby depose and say:

    That my date of birth / age is 02-09-1958.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:05 pm on September 7, 2005, I served The District of Columbia c/o Executive Office of the Mayor at 1350 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004 by serving Tabatha Braxton, Administrative Assistant, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    35
HEIGHT-    5'7"
  HAIR-    BROWN
WEIGHT-    150
 COLOR-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   9-08-05
               Date

Dwayne Boston (sr)
DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 158012

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lafayette Ricks

vs.

MPD Officer Tommy Barnes, et al.

No. 1:05CV01756

AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons, Complaint, Notice of Right To Consent To Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order and Consent to Proceed Before a United States Magistrate Judge for All Purposes in the above entitled case, hereby depose and say:

    That my date of birth / age is 02-09-1958.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:05 pm on September 7, 2005, I served District of Columbia c/o Office of the Attorney General at 1350 Pennsylvania Avenue, NW, Washington, DC 20004 by serving Tabitha Braxton, Administrative Assistant, authorized to accept.  Described herein:

```
    SEX-    FEMALE
    AGE-    35
 HEIGHT-    5'7"
   HAIR-    BROWN
 WEIGHT-    150
  COLOR-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on    9-08-05
                Date

*Dwayne Boston (OSA)*
DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 158008

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lafayette Ricks

vs.

MPD Officer Tommy Barnes, et al.

No. 1:05CV01756

AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint, Notice of Right To Consent To Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order, Consent to Proceed Before a United States Magistrate Judge for All Purposes in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 10:50 am on October 4, 2005, I served MPD Officer Tommy Barnes at Third District Station, 1620 V Street, NW, Washington, DC 20009 by serving MPD Officer Tommy Barnes, personally. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  6'7"
HAIR-    BLACK
WEIGHT-  290
COLOR-   BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  10-06-05
               Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 158011