UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MPD OFFICER TOMMY BARNES )<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendants. )<br>) | Civil Action No.: 05-1756 HHK |

**NOTICE THAT OFFER OF JUDGMENT IS ACCEPTED**

Plaintiff Lafayette Ricks hereby serves notice on the defendants that he accepts the District of Columbia's Rule 68 Offer of Judgment.

On December 2, 2005, counsel for defendants served by regular mail an Offer of Judgment. That offer permits the entry of judgment against defendant the District of Columbia in the amount of $32,000 in addition to costs and attorney's fees available under 42 U.S.C. § 1988. Plaintiff accepts that offer.

Plaintiff will promply file the Offer of Judgment and this Notice of acceptance with the Court and request that judgment be entered against the District of Columbia. Plaintiff will then file a motion to recover its costs and attorneys' fees from the District of Columbia pursuant to Rule 54(d) and 42 U.S.C. § 1988. Plaintiff does not waive his entitlement to seek "fees on fees" in connection with any efforts made to enforce his rights under § 1988.

Respectfully submitted,

John Moustakas (DC Bar # 422076)
David Huitema (DC Bar # 475082)
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346 – 4000
(202) 346 – 4444 (fax)

Arthur B. Spitzer (DC Bar #235960)
Frederick V. Mulhauser, (DC Bar # 455377)
American Civil Liberties Union
   of the National Capital Area
1400 20th St., NW, Suite 119
Washington, DC 20036
(202) 457-0800
(202) 452-1868 (fax)

Attorneys for Lafayette Ricks

December 15, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December 2005, I sent, via facsimile and regular mail (first class postage prepaid), a copy of the foregoing Notice to the following persons:

Urenthea McQuinn
Assistant Attorney General
441 Fourth Street, NW, 6th floor south
Washington, DC 20001

*David Huitema* (signature)
David Huitema