UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MPD OFFICER TOMMY BARNES )<br>)<br>*and* )<br>)<br>The District of Columbia )<br>)<br>Defendants. )<br>) | Civil Action No.: 05-1756 HHK |

**PLAINTIFF'S NOTICE OF INTENTION TO FILE
AN OPPOSITION TO DEFENDANTS' OBJECTIONS TO
MAGISTRATE JUDGE ROBINSON'S REPORT AND RECOMMENDATION**

Plaintiff respectfully submits this Notice to notify the Court of its intention to file an opposition to Defendants' Objection to Magistrate Judge Robinson's Report and Recommendation on or before June 15, 2007.  Although there are no provisions in the Rules permitting oppositions to objections to recommendations of Magistrate Judges (see, *e.g.*, LCvR 72.3(b)), such oppositions are routinely permitted.  Moreover, the Rules do not limit the time period in which such an opposition must be filed.  Defendants do not oppose Plaintiff's filing of an opposition, based upon Plaintiff's agreement that it consents to Defendants filing a reply to Plaintiff's opposition on or before June, 22, 2007.

Respectfully submitted,

  /s/  Miriam H. Cho
John Moustakas (DC Bar # 422076)
Miriam H. Cho (DC Bar # 495136)
Goodwin | Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346 – 4000
(202) 346 – 4444 (fax)

Arthur B. Spitzer (DC Bar #235960)
Frederick V. Mulhauser (DC Bar # 455377)
American Civil Liberties Union of the
National Capital Area
1400 20th St., NW, Suite 119
Washington, DC 20036
(202) 457-0800
(202) 452-1868 (fax)

Attorneys for Lafayette Ricks

Submitted:  June 5, 2007