UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
LAFAYETTE RICKS                         )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )
                                        )
MPD OFFICER TOMMY BARNES                )          Civil Action No.: 05-1756 HHK
                                        )
*and*                                   )
                                        )
The District of Columbia                )
                                        )
                    Defendants.         )
_____)

### PLAINTIFF'S UPDATED NOTICE OF INTENTION TO FILE
### AN OPPOSITION TO DEFENDANTS' OBJECTIONS TO
### MAGISTRATE JUDGE ROBINSON'S REPORT AND RECOMMENDATION

Plaintiff respectfully submits this Notice to notify the Court of its intention to file an

opposition to Defendants' Objection to Magistrate Judge Robinson's Report and

Recommendation on or before June 18, 2007, and not June 15, 2007, as previously noticed to

this Court.  Defendants do not oppose Plaintiff's filing of an opposition, based upon Plaintiff's

agreement that it consents to Defendants filing a reply to Plaintiff's opposition on or before June

25, 2007.

                                        Respectfully submitted,

                                          /s/  Miriam H. Cho
                                        John Moustakas (DC Bar # 422076)
                                        Miriam H. Cho (DC Bar # 495136)
                                        Goodwin | Procter LLP
                                        901 New York Avenue, NW
                                        Washington, DC 20001
                                        (202) 346 – 4000
                                        (202) 346 – 4444 (fax)

Arthur B. Spitzer (DC Bar #235960)
Frederick V. Mulhauser (DC Bar # 455377)
American Civil Liberties Union of the
National Capital Area
1400 20th St., NW, Suite 119
Washington, DC 20036
(202) 457-0800
(202) 452-1868 (fax)

Attorneys for Lafayette Ricks

Submitted:  June 15, 2007