IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS<br><br>　　　　Plaintiff,<br><br>v.<br><br>MPD OFFICER TOMMY BARNES<br><br>and<br><br>THE DISTRICT OF COLUMBIA<br><br>　　　　Defendants. | Civil Action No.: 05-1756 HHK |

**DECLARATION OF JOHN MOUSTAKAS**

I, John Moustakas, hereby declare as follows:

**Background of Declarant**

1. I am a partner at the law firm Goodwin Procter LLP, and the lead counsel at Goodwin Procter for the plaintiff in this case. In addition to my own work on this case, I have supervised the work of Miriam Cho, a litigation associate at Goodwin Procter, who has taken Mr. Huitema's place working on Mr. Ricks's case.

**Qualifications of Goodwin Procter Associate: Miriam Cho**

2. Miriam Cho received her J.D. from the University of Virginia in 2004, and received her B.A. from the University of Virginia in 2001.

3. Ms. Cho has been a litigation associate at Goodwin Procter since 2004, and is currently a third-year litigation associate. As a third year associate, Ms. Cho currently bills at the rate of $315 per hour.

4. Ms. Cho has litigation experience in the areas of consumer financial services, securities law, trademark law, and family law.

5. Although Mr. Ricks case is the first federal case Ms. Cho has appeared in as counsel, Ms. Cho has worked as counsel on cases before the following federal courts: United States District Court for the Southern District of New York, United States District Court for the District of Maryland (Northern Division), and the United States District Court for the Eastern District of Louisiana.

I hereby declare, under penalty of perjury, that the foregoing is true and accurate.

Executed on June 18, 2007.

_____
John Moustakas
Goodwin Procter LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000