UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAFAYETTE RICKS,<br><br>                Plaintiff,<br><br>        v.<br><br>TOMMY BARNES, et al.,<br><br>                Defendants. | Civil Action 05-1756 (HHK) |

**ORDER**

Before the court are the motions of plaintiff for attorneys fees and costs (##19, 29). Upon consideration of the motions, the defendants' opposition thereto, the Report and Recommendation of the Magistrate Judge to whom the motion was referred for her Report and Recommendation, the objections to the Report and Recommendation, the response to the objections, and the history of this case, the court concludes that plaintiff's motions should be granted. Further, the court adopts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is this 12th day of May, 2008, hereby

**ORDERED** that plaintiff's motions for attorneys fees and costs (##19, 29) are granted; and it is further

**ORDERED** that defendants shall pay plaintiff's attorneys fees in the amount of $129,935.40 and costs in the amount of $786.50.

                                                                                   Henry H. Kennedy, Jr.
                                                                                   United States District Judge